RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SEP 07 2018

AT 8:30_____M
WILLIAM T. WALSH CLERK

WENGUI GUO a/k/a MILES KWOK

Plaintiff,

CASE NO.: 3:18-cv-02110-MAS-TJB

The honorable  Michael A. Shipp

v.

BIAO TENG,

**AMENDED COUNTERCLAIMS**

Defendant

NOW COMES the Defendant, BIAO TENG, a *pro se* litigant, states the following as Amended Counterclaims.

1. Defendant/Counter-Plaintiff Biao Teng ("Teng"), a *pro se*, by order of this court, as and for his amended counterclaims in this proceeding against Plaintiff/Counter-Defendant Wengui Guo, a/k/a Miles Kwok ("Guo"), hereby state as follows:

## Preliminary and Factual Background

### Summary background of Defendant/Counter-Plaintiff "Teng"

2. Teng is a Chinese Citizen, a Resident of U.S. who has been residing in U.S. since 2014.
3. Teng acquired Ph.D degree in Law at Beijing University, China in 2012 and was employed as a Lecturer at the China University of Political Science and Law, teaching jurisprudence, law and society, etc, during 2003—2013.
4. Teng was also a (part-time) lawyer in China from 2003 to 2008, practicing mainly in the area of public interest lawyering, human rights advocacy, etc.
5. Teng was also the visiting scholar/fellow at Yale University Law School, Harvard University Law School, New York University, Institute for Advanced Study (in Princeton). Teng's academic careers are mainly focused on the criminal justice, legal theory human rights and China.
6. Teng's current positions include:
Researcher, *Institute for China's Democratic Transition*;
Visiting scholar, *US-Asia Law Institute, New York University*;
Founder and President, *China Against the Death Penalty(CADP)*, a human rights NGO based in Beijing;
Board member, *Chinese Human Rights Defenders*(CHRD), a human rights NGO based in Washington DC;
Board member, Humanitarian China, a human rights NGO based in San Francisco;
Board member, China Rights In Action, a human rights NGO based in New Jersey.

1

7. In summary, Teng is a long-time established academic, human rights lawyer, activist for the constitutional democracy, freedom, human rights and civil society in China. During the period, both in China or in U.S., Teng's work has been largely recognized by the peers and general public globally and is one of the reputable figures in his academic and professional work.

8. Teng has also been awarded by many organizations in recognition of Teng's achievements and courage in fighting for the freedom and democracy of Chinese People, such as *Human Rights Prize of French Republic*(2007), *Democracy Award*(National Endowment for Democracy, 2008), *Human Rights Watch Hellman/Hammett Grants* (2010) , *Religious Freedom and Rule of Law Defender Award* (China Aid Association, 2012), and *Prize for Outstanding Democracy Activist* (China Democracy Education Foundation, 2011), "*Persons of the Year in Asia*" *for 2005* by Asia Newsweek as one of the 14 Chinese human rights lawyers (2005) , etc.

9. In addition, Teng is a co-founder of a Chinese human rights NGO-the Open Constitution Initiative, founder and president of the China Against the Death Penalty, and one of the under-signers and initiators of "*Charter 08*", for which Teng's friend, Dr. Liu Xiaobo who was jailed by China Party-state regime to death, won the Nobel Peace Prize in 2010.

10.     Because of Teng's active work in China, Teng was labeled "Chinese political dissident' by China Party-state regime and the state-controlled media, and experienced severe suppression from the regime and its officials. Teng was disbarred and fired from the academic position at University. Teng was for several times kidnapped, disappeared, and tortured by police authorities illegally, and Teng's family members were also harassed and suffered enormously from China authorities. Teng's wife and one of his children were blocked from leaving China between July 2017 and March 2018, and Teng's wife was fired by her company under the pressure of Chinese government.

11.     It's worth noting that most of those illegal and abused persecution directed on Teng was from the very same authorities of secret police, of which, admitted by Guo on many occasions in his live-streamed social media videos and live interviews with international media that Guo had deep working relationship and close-knitted corruptive link.

12.     Teng's experience under the persecution of China Party-state regime attracts many international attentions and becomes a significant sample of many similar cases in China that the world got to learn the situation of "Chinese political dissident" under this Party-state regime. Teng's experience and many material facts were wildly reported by many international main-stream media, including New York Times, BBC, the Wall Street Journal, the Washington Post, the Guardian, the Associate Press, etc., and received great attentions from many foreign organizations and governments who concern the well-being of Chinese people and the political and legal reality in current China, including U.S.[1]

---

[1]  Below is some of the URL links of the media articles about Teng

http://online.wsj.com/article/SB10001424052970203731004576045152244293970.html

https://www.nytimes.com/2011/03/12/world/asia/12china.html

https://www.bbc.com/news/world-asia-pacific-1324552<

http://www.washingtonpost.com/blogs/post-partisan/wp/2013/11/06/a-courageous-chinese-lawyer-urges-his-country-to-follow-its-own-laws/

http://www.theguardian.com/world/2016/may/24/academics-china-crackdown-forces-intellectuals-abroad

https://www.nytimes.com/2018/06/15/world/asia/teng-biao-china-censorship.html

13.     In September 2014, Teng decided to move to U.S. and since then lives in U.S., in the fear of the continuing persecution by their own home country's arbitrary power. Teng is a resident of U.S. holding Eb1a visa(Alien of Extraordinary Ability). Teng is included in the "Congressional - Executive Commission On China Political Prisoner Database ". Teng has testified at U.S. Congressional hearings for four times since 2014, on human rights situations in China and China's long arm undue influence in the West Societies.

-- Search Results of CECC Political Prisoner Database (PPD), see,

http://ppdcecc.gov/QueryResultsDetail.aspx?PrisonerNum=8676

-- U.S. Congressional hearings, see,

https://www.cecc.gov/events/hearings/understanding-china%E2%80%99s-crackdown-on-rights-advocates-personal-accounts-and

https://www.cecc.gov/events/hearings/china-in-1989-and-2015-tiananmen-human-rights-and-democracy

https://www.cecc.gov/media-center/press-releases/video-key-moments-from-cecc-hearing-%E2%80%9Cgagging-the-lawyers-china%E2%80%99s

https://www.cecc.gov/events/hearings/the-long-arm-of-china-global-efforts-to-silence-critics-from-tiananmen-to-today

14.     Both in China and U.S., Teng is always an active scholar, a truth-teller, a China legal expert, a conscientious public intellectual figure and a civil activist, advocating human rights, rule of law, constitutional democracy in China in good faith and with integrity.

15.     Teng is regularly invited to deliver presentations, public speeches, key-note speeches, at various venues, including but not limited to more 100 universities and NGOs, such as Harvard, Oxford, Princeton, Yale, NYU, Columbia, Cornell, UPenn, UCLA, Trinity College, Wellsley, GWU, etc, at various topics, in particular, human rights, political and legal issues on contemporary China.

16.     Also, as a public intellectual figure who expertise in China matter, Teng has on-going interest in doing analysis, commentary, advising and research work in relation to contemporary China. As such, Teng has been frequently invited to many local or international media to make comments, provide expert opinions or analysis, and write articles on various of China topics. For example, Teng had appeared and/or been interviewed on New York Times, Bloomberg, Washington Post, the Guardian, Foreign Policy, etc; Teng have published many academic papers, edited academic books, both in English and Chinese. Along with the development of the online social media technology, Teng also from time to time publishes his opinions, thoughts, comments or topics in discussion online, based on public information, material facts and own judgments. For example, one of Teng's online blogs at Boxun.com has more than 600 articles and interviews published, and it has got more than 6 million hits.

### Teng begins to know Guo

17.     Teng has no personal or work relationship with Guo.

18.     In fact, Teng barely knows Guo's existence, before or about 2015, until an investigative article on Caixin Magazine in March 2015 revealing Guo and Guo's business activities in

https://www.aljazeera.com/programmes/101east/2018/04/china-spies-lies-blackmail-180404145244034.html

China.--(http://china.caixin.com/2015-03-25/100794575.html) In this article, material facts were reported that Guo fled China for the 4th time since August 2014, in a 20 billion RMB share market value business dispute with his then business partner, You Li, the Chairman of Fangzheng Securities. In or about December 2014, You Li reported Guo and Jian Ma to the Chinese authorities and within days, resulted in Jian Ma, the then vice minister of **Ministry of State Security (MSS)** to be investigated by China Government for corruption charge and, by material facts revealed later, the abuse of his power of managing enterprises' matter in the name of secret state security work in assisting Guo's business illegally. You Li was later convicted of insider trading and convicted and Jian Ma is still under investigation by the authorities. On information and belief, Guo is still a person of interest subject to this on-going case in China.

19.    Since then, Guo started to be known to the public by many Chinese and international media articles and news broadcasts, with enormous material facts associated with Guo's business and personal history, which on information and belief, are to the vast majorities, negative.

20.    Teng began to learn more about Guo from the wild-spread information from newspapers, on the TV and the computer screen. Teng gradually forms a view of Guo with numerous material facts and ordinary judgments. That is a natural process for a person like Teng in his background and knowledge, both personally and academically.

21.    However, Teng had little interest in talking about Guo at that time since the main focus of Teng is still on the public matters of China rather than a particular person, until about early 2017, when Guo out-of-blue broke the silence to publicly speak out about himself and his long and complex stories, mainly via social media platforms, such as twitter, facebook, youtube, Instagram, and lately his own social media platform, Guo-media.com.

22.    After Guo voluntarily turned out to be a public figure and alleged to reveal secret corruption activities of senior level China officials, in his own words: "the revolution of secrets exposure" with "*the evidences in his hand that will shock the world*";the revelation of the secrets "*will cause China Communist Party(CCP) to collapse within 5 minutes*".    --See, https://www.youtube.com/watch?v=Jx9uP2GhcRY

23.    His allegations received lots of public interest from general public, who are in a general believe that with his elite business background and unveiled secret relationship in China, he might be a person that will provide the concrete material facts or convincible evidences to support his allegations and address the concerns of people to better understand current China.

24.    Thus, at the beginning stage Guo gathered huge attention from the world and was put under the spotlight. Guo was interviewed by many media outlets, such as *New York Times, Wall Street Journal, Financial Times, VOA, RFA, BBC,* etc. More phenomenally, Guo resorted to the social media platforms and told his stories.

25.    The openness and highly freedom of speech in the internet world without arbitrary censorship, especially in US, gives Guo a great chance to make his voices heard.

26.    However, also because of the same nature of the cyber world, Guo abuses his right of freedom of speech on this platform and turns it to a propaganda campaign to tell lies, make allegations without any material facts or with fabricated facts, defame many people intentionally or recklessly, and eventually, uses this platform to pledge his loyalty to China's dictatorial regime and waves a smear campaign in actions towards the members of overseas

China pro-democracy movement, including Teng.

27.    Guo's online activities has a pattern that: firstly, built the influence by making sensational yet unfounded allegations against Chinese government, drawing attention from people, then used this influence as bargaining chips to advance his negotiation with Chinese government for special treatment of his crimes investigation. With this intent in mind, Guo approached a subtle way to cause maximum sensationalism by delicate allegations that eventually unfounded and with no actual significant harm. In order to further enhance his negotiation power, Guo at some point, shifted to a smear campaign to the overseas China pro-democracy movement and many of its members, who are politically categorized as the "state enemies" by Chinese dictatorial regime.

28.    Also enormous material facts and Guo's self-admitted activities works to the contrary to his self-claimed "Chinese political dissident" status, which on information and belief, is designed delicately to serve his twin major objectives of obfuscating his criminality and increasing the odds that his pending political asylum application is granted.

29.    Guo's go-public strategy since early 2017 makes him a very controversial public figure under the scrutiny of general public, more and more information and numerous material facts were dug out and spread on the media and internet, which are overwhelmingly disastrous to his self-claimed "Chinese political dissident" status and innocent businessman self-claim. What is more, too many lies and broken promises told by Guo are so obvious and too many allegations made by Guo in his remarks to the public are **absurd, baseless, fabricated, fake and/or out of realistic.**

30.    Guo's credit was soon challenged by many of his former supporters and neutral observers, based on enormous material facts and/or common sense, or sometimes simple logic analysis.

31.    Subsequently, since or about middle 2017, Guo's credibility and reliability in both his story-telling and his personality has totally shattered to the rock-bottom and all major media with established credential turns their back on Guo. The audience and viewers on to Guo's social media accounts also drop free-fall and all major social media platforms froze or suspended Guo's accounts repeatedly due to his violation of social media user's rule. Only Guo's die-hard followers still spread Guo's one-man talk-show.

32.    Guo's Guo-media.com was created and first initiated online in or about January 2018. Guo still actively speaks out online by posting his remarks in writing and live streamed videos in his account, mainly to his die-hard followers, but at less frequency.

33.    As an experienced commentator, scholar on China topics, Teng is also an observer of the development associated with Guo, after Guo is known to the public in such a high-profile manner.

34.    Teng from time to time received invitations from the local and international media, in making commentary interviews, providing opinions, making analysis and writing articles about Guo's allegation and/or hot topics in associated with Guo.

35.    Nevertheless, based on the material facts and formed view towards Guo, Teng is one of the few people that at the earliest stage publicly pointed out that most of the sensational allegations made by Guo are so lack of any material facts, cross-references or nearly impossible to be verified. Teng also criticized the credibility in Guo's story telling based on his obvious lies.

36.    It is in Teng's value and viewpoint that: if a person deliberately tells lies after lies, breaks

promises after promises, he is a liar; if the person is confident in deliberately telling more and more lies, he is a big liar; if the person is so confident in deliberately telling more and more lies in public to the world, he is a talented liar; but if the person is so confident in deliberately keep telling more and more lies in the public to the world, even after the public already knows the only true thing the person is doing is telling the lies, then he is just a lair who is fooling himself, but no others. Unfortunately, Guo is a person that fits in Teng's value and viewpoint with the full circle.

37.    Therefore, in or around April 2017 after Guo, who already became the public interest of general public, on limited occasions Teng made some remarks on certain issues about Guo and the stories associated with Guo, of which are nothing more than the fair comments and personal opinions based on sufficient material facts available to the general public and own ordinary judgment, or sometimes simply a relay of material facts by reference to other sources that is already known to the public.

38.    There are not any fabric facts or false statement of the facts in Teng's fair comments and opinion. Teng's constitutional rights of free speech has nothing to do with any actual malice in causing harm to Guo's reputation, which had already been self-destroyed by Guo on many occasions.

39.    Despite of limited fair comments based on the material facts made by Teng, Guo on his own or by explicit or implied instructions to some of his social media followers, which in his own words, "fellow soldiers", "twitter friends" and "little ants",  to whom that some material facts shows Guo had direct or indirect personal contact and evidenced financial support, mobilized a deliberate campaign, either online or in real life, against many of his criticizers, or even people who just disbelieve or disagree with some elements of his many absurd, fancy, illogical and unrealistic stories.

40.    In particular, Guo mainly targets the overseas China pro-democracy movement and its members, including but not limited to activists advocating liberal democracy, human rights and rule of law in China, and accordingly were expelled or forced to leave their home country by the current dictatorial regime. Among them, Teng is one of the victims of Guo's malicious campaign in defamation, cyber harassment, intentionally inflicting emotional distress, intentionally causing chilling effect by SLAPP style suits. Material facts also show that in some cases Guo is the person even aiding and abetting others in the commission of crimes.

### The summary background of Plaintiff/Counter-Defendant

41.    Guo is a billionaire businessman in control of many companies, both in China and overseas. In accordance with Forbes Chinese Fortune 500 List in 2016, Guo was ranked the 133rd richest man in China with an estimate of RMB 17 billion in fortune. However, on more than one occasions in Guo's interview with media and his live-streamed videos on social media platforms such as Twitter, Youtube, he publicly stated that this Forbes list 2016 severely underestimated his fortune and his fortune had reached more than US$120 billion.

42.    Guo lives in New York, since 2014, with a very luxury lifestyle. His apartment in Sherry Netherland was purchased at price of $67.5 million or so in cash in 2016 by a company of which Guo is the sole shareholder.

43.    On information and belief, Guo has at least 2 private jets worth of multi-million US dollars, 2 luxury yachts worth of another multi-million US dollars. In addition, Guo has at

least one water-view mansion in HK, worth of 1.5 billion HK dollars purchased in 2011, at least one luxury house (unknown value) in UK currently lived by Guo's wife and children, and up to 43 apartments (RMB 3.5billion market value approx) in China owned /controlled by Guo and/or his family and/or companies under Guo's direct control.

44.     Guo was unknown to Teng before 2015, until his flee from China.

45.     The significance of this incident is: along with the collapse of Jian Ma, one of the most powerful "umbrellas" of Guo and his business in China, many material facts started to surface with regard to Guo.

46.     Also by the self-admission of Guo in his live interview with media and live-streamed videos on social media platforms, Guo had a working yet corruptive relationship with Jian Ma and his **Ministry of State Security (MSS)** organization in a status of "secret work for business benefit" and because of Guo's excellent work, he received **3 first-class medals from MSS**.--(for example, in 04 May 2017 Guo's interview: https://novom.ru/ru/watch/WMKF2z0MQ5Y ,47:30-56:00). In this video, Guo also admitted that **MSS** wrote more than 140 official letters for him in his business.

47.     There was also video posted on Youtube in which Jian Ma was apparently making a confession in a video-taped investigation period. In this video posted online on 19 April 2017, Jian Ma confessed that he ordered the powerful department under his charge to intervene on many occasions in assisting Guo's business dealing by sending official letters to other parties demanding co-operation with Guo to assist the work for state security. Jian Ma also confessed that he had coordinated his relationship with local Political& Legal Committee to persecute the business partners or rivals of Guo and help Guo in getting control of assets of other parties.

--See https://www.youtube.com/watch?v=h-DcwD68V2g

48.     Long Qu was one of victims in Guo's scheme and were sentenced 15 years in jail, but later acquitted after Jian Ma's collapse. Long Qu stood out to tell his ordeals caused by Guo in 2017. --see https://youtu.be/LVIar4vRnQU (0:07-1:10) and https://youtu.be/ggbzi16raZo (9:24 – 13:00)(32:10-33:18)(36:56-39:27). Some other victims, for example, Jiansheng Xie and Jiefu Zheng, also stood out and told their ordeals in which Guo had exercised undue influence and utilized Jian Ma and his other powerful friends in provincial powerful Political & Legal Committee to grasp hundreds of million RMB company assets from the victims.

49.     Jiansheng Xie and Jiefu Zheng were personally interviewed by Xianmin Xiong (aka.Sino), a reporter of Boxun.com. Boxun.com published the investigative articles online in 2015. It is also worth noting that Xianmin Xiong, his employer boxun.com, Shi Wei, a pro-democracy activist and the founder of boxun.com, were also among the victims of Guo's SLAPP style lawsuits, suffered severely by Guo's **defamation, harassment, stalking, blackmailing, internet hacking** activities for years.

50.     Jian Ma in his confession also admitted that he had received a Beijing real property worth of 20 million RMB from Guo. To which on information or belief Guo have never denied so far. Also in Guo's live interviews or live-streamed videos at least on one occasion he admitted that the MSS has several offices set up in his Pangu 7-star Hotel in Beijing and he

was working as the unofficial agent doing "covert intelligence work disguised in business" for **MSS** and **intelligence division in China Army Headquarter.**

51.     The material facts referred to in paragraphs 45-50 of Teng's amended counterclaims also work directly to the contrary of Guo's complaint in paragraphs 1, 5, 6, 12, 31, 33, 37-41,52, 64, 68-69, 75 and 78, either in whole or partially, in which Guo tried to portrait himself as long time determined Chinese political dissident and innocent businessman in China.

52.     Since early 2017 to date, Guo is active in social media platforms, and thousands of live-streamed videos were made online by Guo. In all of his videos he speaks in Mandarin and based on information and belief, Guo has very limited knowledge of English.

53.     As an individual defendant/counter-plaintiff in *pro se* in this apparent SLAPP-style suit, Teng is understandably impossible to carefully and completely check every piece of material fact and thus is already inherently disadvantaged in this proceeding. Therefore the below facts stated by Teng are largely depended on his memory and all material facts available in the public, mainly by online search.

54.     However, the material facts currently available to Teng are still sufficient to sketch the history and personality of Guo, rebut his lies and misstatements in his claim and support Teng's counterclaim against Guo.

### Guo's criminal offences/charges, lies and wealth accumulation

55.     Guo has a track record of criminal offences and/or charges, in which the first one can be dated back to May 1989.

56.     Although the plaintiff sought to portray himself as a Chinese political dissident, and on more than one occasion in his public speeches tried to attribute his first jail experience in May 1989 to his financial support to students in June 4th movement 1989 in China, it turns out that he was charged, detained and then convicted of **fraud** in May 1989.

57.     Further to say, based on the commonsense of general public who has the memory of that June 4th Movement, and the recall of the historian expertise in 1989 Tiananmen June 4[th]movement, Renhua Wu, there is no any records, documents or individual samples that any students or student movement supporters ever be charged by simply financing and/or showing sympathy to the student initiated movement before the date of June 4th Massacre began. The political environment at the top level China officials at that time was still unclear and the citizens in China were still supporting the students by donating money and supplies to the students all over China, it is impossible that a local county authority had the political motive to frame Guo to prison on such ground. And the evidences of Guo's this conviction was so substantial, that most people, including Teng who also had personal experience of that time period just refuses to believe Guo.

58.     Things about Guo's "first bucket of gold" seems true in his public speech that his development of YuDa building in Zhengzhou, Henan province gave him big fortune and later in or about 2002, he shifted his business to Beijing and set his company Zenith Holding Company and paved the way to his future business operation. But after Guo's flee from China 2014, material facts have also been revealed and reported that the YuDa project of Guo had

**bribery** link to the then Zhengzhou Mayor and Henan provincial senior officials (Youjie Wang and Faliang Shi) and resulted in their corruption conviction of suspended death penalty and life sentence respectively. Also Guo's YuDa Real Estate company had dozens of civil litigations against it in debt collection and in 2015, the senior employees of YuDa Real Estate, of which some are Guo's close family members, were charged of RMB 1.4 billion **mortgage fraud** in 2008-2015 and sentenced in 2017. The convicted all claimed that they were committing the crimes under the **direct instruction of Guo.** Guo is still the fugitive accused in this case. ---See

https://www.scmp.com/news/china/money-wealth/article/2105416/fugitive-chinese-tycoon s-niece-and-finance-chief-guilty

https://www.scmp.com/news/china/policies-politics/article/2102370/guo-wengui-told-prope rty-firm-executives-fraudulently

59.     Zenith Holding Company, which is wholly controlled by Guo, in the RMB 20 billion share market value business dispute with his then business partner, You Li, finally fused Guo's flee from China. Recently the case of Guo, his company, and senior employees, including some of Guo's close family members, have been prosecuted in China, in which Guo is again a fugitive accused of committing **force trade and misappropriation crimes.** The court document confirmed that Guo had used Jian Ma to utilize power and force other shareholders with priority shares to abandon the acquisition so Guo finally got control of Minzu securities company with over 11.9 Billion RMB(1.75 Billion US$) illegal gains.

--see,

https://www.caixinglobal.com/2018-08-21/former-staffers-of-guo-wengui-confess-in-coerciv e-takeover-101316989.html

https://www.caixinglobal.com/2018-07-30/fugitive-tycoon-charged-with-coercion-in-brokera ge-takeover-101309940.html

60.     In March 2015, an investigative article published on Tengxun Finance revealed some secret of Guo and his Pangu Investment Company's landmark Panyu 7-star hotel near Beijing 2008 Olympic Arena.--(See  https://xw.qq.com/cmsid/NEW201503240423200F).  Guo's company acquired the land in 2002. But Guo did not raise enough fund to develop this land and the land was withdrawn from Guo's company in May 2006 under Beijing's municipal Olympic planning. Zhihua Liu, the then vice mayor of Beijing was in charge of this planning. In June 2006, Liu was put under investigation due to a secret sex video tape of Liu and his mistress. Then Guo regained land and finally developed Panyu hotel, which is one of Guo's core assets. After Jian Ma's collapse in January 2015, it turned out to the public that the secret video tape was recorded by Guo's team with the assistance from Jian Ma's **MSS.** Guo reported the secret sex tape to the senior level officials and Liu was later sentenced to suspended death penalty due to his corruption activities. In Guo's interviews with media in2017, he admitted his involvement in this incident.

9

--see,

https://www.reuters.com/article/us-china-corruption-tycoon/exiled-chinese-tycoon-fraudule
ntly-obtained-big-loans-employees-tell-court-idUSKBN1900DL

61.     The latest legal documents revealed in late July of 2018 by media shows that Guo, his
son and daughter and their related companies in HK was suspected of **money laundry** in HK
in a scale of **US$ 4.2 billion** and the case is still under investigation in HK.

--see, BBC: https://www.bbc.com/zhongwen/simp/chinese-news-45197864

South China Morning Post:

https://www.scmp.com/news/hong-kong/hong-kong-law-and-crime/article/2159724/hong
-kong-police-investigating-fugitive

RFI:

http://cn.rfi.fr/%E4%B8%AD%E5%9B%BD/20180815-%E9%A6%99%E6%B8%AF%E8%AD%A6
%E6%96%B9%E8%B0%83%E6%9F%A5%E9%83%AD%E6%96%87%E8%B4%B5%E6%B4%97%E
9%92%B1%E6%A1%88%E5%86%BB%E7%BB%93%E5%85%B6%E5%9C%A8%E6%B8%AF%E8
%B5%84%E4%BA%A7

62.     Guo is a fugitive wanted by Interpol Red Notice for two times for his economic crime
suspects.

63.     In U.S., Guo is also no short of law suits. For example,

1) In April 2017, Pacific Alliance Asia Opportunity Fund brought lawsuit against Guo in the
Commercial Division of New York County Court for loaned $30 million to Guo's Hong Kong
company in connection with the development of Pangu Plaza, site of a "7 Star Hotel" in
Beijing near the Olympic arenas. In connection with the loan, Guo signed a personal
guarantee. The relief claimed is $88 millionin principal and accrued interest on the loan;

2) In July 2017, dozens of Chinese creditors sued Guo in New York for debt collection and the
enforcement of foreign judgment. Guo was accused of **transfer of property to avoid the debt**
and unjust enrichment with the total claims in US$1.5 billion; and

64.     According to the emails contents leaked and posted on the internet on May 8, 2018, Guo
is being investigated for at least 19 major criminal cases.

--see

(https://content.guo.media/uploads/videos/2018/05/guomedia_ffcee90b044d615c2f0b963
292c60b0f.pdf )

Case No. 1: **Kidnapping, False Imprisonment.**

Case No. 2. **Kidnapping, False Imprisonment. Assault, Conspiracy, Extortion of Signature.**

Case No. 3. **Destruction of Evidence.**

Case No. 4. **Wire Fraud, Money Laundering, Forgery, Fraud, Conspiracy, Blatant Violation of
Foreign Exchange Laws.**

Case No. 5: **Fraud, Money Laundering Conspiracy.**

Case No. 6: **Fraud, Falsifying Documents, Providing False Documents to Obtain Loans,
Conspiracy.**

Case No. 7: **Fraud, Falsifying and Fabricating Evidence, Tampering with Evidence.**

Case No. 8: **Bribing** Government Official Ma Jian.

Case No. 9: Pangu Company Obtained 2 Billion RMB of Loans from Ping An Bank under **False
Pretence.**

Case No. 10: Yuda Properties, Yuda Hotel Obtained 3 Billion RMB of Loans from Minsheng Bank under **False Pretence**.

Case No. 11: Zhao YunAn, Qu Long and others' **Encroachment** while Performing Job Duties.

Case No. 12: Guo Wengui, Ma Jian, Gao Hui and others Are Suspected of **Forcing a Trade.**

Case No. 13: Zhao DaJian, Yang Ying and others **Misappropriated Funds** in an Amount of 1 Billion RMB from Minzu Securities.

Case No. 14: Zhao DaJian, Yang Ying and others **Misappropriated Funds** in an Amount of 800 Billion RMB from Minzu Securities.

Case No. 15: Zhao Da Jian, Yang Ying and others **Misappropriated Funds** in an Amount of 300 Billion RMB from Minzu Securities.

Case No. 16: Guo Wengui and Gao Song Involving **Forgery of Evidence.**

Case No. 17: Lin Qiang, **bribery** by a non-Government Staff.

Case No. 18: Xu AngYang, **bribery** by a non-Government Staff.

Case No. 19: Guo WenPing, **Misappropriation of Funds**.

65.    According to multiple media articles, audio recordings leaked and posted on the internet and lawsuit information, Guo was sued of **raping his employee Ma Rui** in New York, Bahamas and London. --See, AP: "China accuses outspoken tycoon in US of rape",
https://apnews.com/9a4b4be3f0fb4e7191a53b9368318513

"Former assistant accuses exiled Chinese tycoon of rape in lawsuit"
https://www.reuters.com/article/us-china-corruption-tycoon/former-assistant-accuses-exiled-chinese-tycoon-of-rape-in-lawsuit-idUSKCN1BO0I5

also, "Billionaire Chinese Dissident Raped Woman and Held Her Captive, Suit Says"
https://www.dnainfo.com/new-york/20170912/upper-east-side/guo-wengui-rape-china-dissident-billionaire

66.    Ma Rui stated in her complaints and told the media that Guo raped her at his homes in Manhattan and London and threatened to have her jailed and tortured if she escaped. Rui woke up with Guo "on top of her and attempting to separate her legs," She yelled at him to stop but he refused and "engaged in forced sexual intercourse with [Rui] without her consent. *"After this violence concluded [he] left [her] alone, bleeding in her bed,"* A second alleged rape occurred in Guo's London home when he locked her in a room, threw her onto the floor and tore at her clothing. Rui begged him to stop, but he *"coldly responded that [Rui] must stop shouting,"* according to court papers.

--See, "Chinese dissident billionaire treated me as sex slave: suit" , --see New York Post,
https://nypost.com/2017/09/11/chinese-dissident-billionaire-treated-me-as-sex-slave-suit/

67.    Ma Rui sued Guo for **rape, assault, false imprisonment/wrongful confinement**, among others, on September 27, 2017 in the Supreme Court of State of New York County of New York. Index Number:158140/2017. Ma Rui also filed a criminal complaint against Guo in China.

68.    On or about September 19, 2017, Qu Guojiao, a key employee of Guo exposed in a live streamed video and told the story that Guo frequently **beat and maltreated his employees and committed fraud.** --See, https://www.youtube.com/watch?v=f8QDQs3f55c

69.    On August 29, 2017, a video recording and a surveillance report was posted online and shows that Guo **hired agents to spy** on Ling Wancheng, a Chinese businessman and the brother of Ling Jihua, the secretary to then president Hu Jintao, on U.S soil. --See, https://youtu.be/UCCOa-aY0MQ (0:34-4:40)

70.    According to the Beijing News and other media, some of Guo's employees were beaten by Guo for speaking ill of him, and some were sent into prison by Guo for disloyal to him Guo had **raped his female employees for multiple times,** for example, in 2010, Guo raped Ding, his assistant at Pangu, and later she was forced have sex with Guo every two weeks. --See, The Beijing News:

http://finance.sina.com.cn/chanjing/gsnews/2017-04-19/doc-ifyepsra4702100.shtml

71.    Guo denied Rui Ma's allegations in his live-streamed videos, just as what he did to most of the negative news about him in the public and collectively attributed them to the plots of "Kleptocrats". On September 29, 2017, Guo even made the extremely defamatory speeches in public, saying that "*Ma Rui is so ugly that a pig will commit suicide if raped by Ma Rui. Waiting for her recorded tapes and evidences, and see what she has done. She slept with an old male foreigner, and paid to that old man. She paid money for sleeping with her. She was raped? She would rape any man she run across with. She would rape a male dog whenever she met one.*" --- See, https://youtu.be/261uuLvAww5, (0:00–1:34)

72.    Nevertheless, some audio recordings posted on Youtube by unknown source provide people with cross-references to Rui Ma's lawsuit of sexual assault and other allegations against Guo. These were recorded conversations among Guo, Rui Ma and Yanping Wang, the senior female personal assistant to Guo. In these audio recordings, Yanping Wang was asking Rui Ma questions in detail about Rui Ma's complain of Guo's rapes. Wang in the recording warned Ma not to report the rape to authorities. Guo and Wang then discussed the plan to detain Rui Ma and later on Guo did so.
---See, https://www.youtube.com/watch?v=usVzcYUP7Ok
https://www.youtube.com/watch?v=5dqI7osb4zQ
https://www.youtube.com/watch?v=TRHRDriuwV0&feature=youtu.be
https://www.youtube.com/watch?v=oD7utaEfUHI&feature=youtu.be

73.    The voices of Yanping Wang and Guo in all these audio recordings are identical, to Yanping Wang and Guo's voices in their talkings in interviews and live-streamed videos.

74.    The voices of Guo and Yanping Wang in these audio recordings involves various scenarios and other people, including but not limited to: talking between Guo and Wang on business and private matters; Wang and Guo's conversation with former Homeland Security Secretary Jeh Johnson in discussing Guo's visa application; Wang and Guo's interview conversation with Michael Forsythe and his assistance; Wang's reporting to Guo after her

conversation with Rui Ma about the rape allegation; Guo's telephone conversations with You Li threatening retaliation, Guo's telephone conversations with client manger of UBS HK threatening personal safety; Guo's telephone conversations with Pin He, the chairman of Mingjing News; Guo's telephone conversations with prof. Yeliang Xia, etc. In some of the audio recordings there are also the voices of Guo and Wang when they apparently were making sex in Guo's office room, after their normal conversations.

75.     While how these audio recordings were obtained and by who they were posted onto the Youtube is still unclear, the audio recordings apparently were all recorded at the nearby of Guo or Yanping Wang and the authenticity of these audio recordings are extremely convincible since it is impossible for anyone or current digital technology to imitate the voices of all of the figures, languages characters in so many real scenarios. Some of the figures involved in these audio recordings are US public figures that often speaks in public in their real life and in their native English. No one has ever denied his/her role and voices appeared in these audio recordings, except for Guo and Yanping Wang. At least Prof. Yeliang Xia in his live streamed video admitted the authenticity of the audio recordings involved his telephone conversation with Guo.

76.     Also upon information and belief, Guo has the habit to secretly audio record his activities in his daily life.

77.     In or about middle 2017, Guo posted some recordings on his Youtube account, in which Guo secretly recorded the conversations between Guo and Yanping Liu, the Disciplinary Secretary of MSS, and between Guo and Lijun Sun a senior official of Ministry of Public Security. This audio recordings were made in Guo's office room, and Guo's voices is also identical to the voices in those dozens of audio recordings posted online and his numerous speeches in his own live interviews and live streamed videos.

### Guo's more lies and so-called "revolution of secrets exposure"

78.     It is a simple fact known to the world that corruption is serious and rampant in China's Party-state regime. Although Guo's allegations to the senior officials are so sensational, the facts Guo stated in his interviews and live-streamed videos are nearly impossible to be verified. No substantial evidences have ever been disclosed by Guo that can justify his allegations.

79.     To the opposite, many of the allegations are wildly considered absurd, and proven false in public. For example,

1) He claimed at least three times in his live streamed videos that he was U.S. citizen. However in September 2017, he applied for asylum in US;

2) He said he had no criminal record and was never sued by anybody, but actually he was convicted of fraud in 1990 and before he made such statement in public, he had dozens of lawsuits against him and still under criminal investigation, etc;

3) Guo in one of his live streamed video claimed Yao Qing was a relative of CCP's top leader Wang Qishan and disclosed Yao's photo ID and bank information. But it soon turned out that this photo was another person with the identical name, who was 20 years older; and as to Yao's bank information, Guo made a laughable mistake that "1 RMB=6.83272 US$", obviously the wrong exchange rate in his evidence making.

--See, https://twitter.com/zhanglifan/status/868174958958190592 ,

4) On one occasion Guo showed the China ID card no. of a female's Liu Xin's "110105198006292956" in his live streamed video trying to prove some corruptive links with one China official. But the simple fact is that in China the last 2 digits of ID card number has the function to tell the sex of the cardholder and that ID number becomes to a male.

--See, https://twitter.com/asweepingmonk3/status/919231102522351616

5) On September 19, 2017, in a live interview with Mingjing news, Guo disclosed the passport number of Meng Haijing, a daughter of Meng Jianzhu, the head of Central Political legal committee, but actually it belongs to a man surnamed Wang. The passport number of Sun Shanghua, a son of Sun Lijun, belongs to a woman surnamed Yang.

--See, https://twitter.com/ikokujiruyasu/status/912622207112683523

6) In Guo's live-streamed video on September 13, 2017, Guo alleged the late Vice Premier YiLing Yao, was having sex with a female from Hangzhou in a room next to his wife's funeral. Setting aside the question how he got know this detail, the concrete fact is that YiLing Yao passed away about ten years before his wife in 1994.
--See, https://twitter.com/zhanglifan/status/908113241552830465

7) In the September 24, 2017 live-stream video, Guo alleged Lijun Sun had properties in Australia and showed documents of the overseas houses with signature of Lijun Sun, but it turned out two houses of them are owned by another person in Sydney with a same name, and the real Lijun Sun stood out and make video online in response with the true identity and original documents and told Guo to stop infringing his privacy. https://www.youtube.com/watch?v=ANGfAO59IPs

8) Guo once alleged that *"Among the DNA samples we gathered, one was from a Politburo member's Australia-based love child. The DNA can be used as evidence: I hope that my global news conference can show that this is legally valid evidence."* It later turned out that there was no such conference at all and the only follow up was a copy of DNA test report that Guo showed in his video with the personal information covered. With this DNA test report, in which the interpretation of siblingship index 0.0108 and both data collected on July 07 2017. Guo claimed that he confirmed a Chinese man with the name Jun Guan was Qishan Wang's son but another Chinese man whose name is Chenjie Liu was not Qishan Wang's son, and the truth about the later one would be more shocking. Then by some simple online search of some social media users, it turned out that the code name on this DNA test report belonged to a Lab in US and the test procedure is very clear that the persons for the DNA test must attend the Lab in person.

--See，https://www.boxun.com/news/gb/pubvp/2017/07/201707310142.shtml

80.    Other lies in Guo's live streamed videos are countless, and some of them are not only absurd, but also considered illusory. For example,

1) every count of allegation in his law suits against Shi Wei would sent him to jail for 100 years;

2) his revelation of secrets will result the abortion of the 19th CCP conference;

3) he did not make one penny profit in China from Chinese people, all money he earned are overseas from foreigners;

4) a Lab in LA offered 50 thousand US dollars for his sperms and at one Lab in Canada, they

received over 2000 applications from females queuing for his sperms; etc.

81.     Because of too many lies told by Guo in public, all the main-stream media already realized something. For example: one article on New York Times commented that *"Mr. Guo's allegations are unproved, and some of his claims have been outlandish and easily debunked."*

--See, https://cn.nytimes.com/china/20170531/china-guo-wengui/dual/;

One article on Financial Times commented: *"Western journalists have been frustrated with inconsistencies or lack of evidence for some of his claims — a concern shared by few among Mr Guo's fascinated Chinese audience. Mr Guo, for his part, declares himself frustrated with such journalists."*

--See, https://www.ft.com/content/dbf66aaa-b236-11e7-a398-73d59db9e399

82.     Notably, Guo seems to take particular pleasure in talking about the erotic topics in his stories, regardless of any consequences. For example,

1) the sex relationship between Qishan Wang with a famous Chinese actress Bingbing Fan, and the details goes to a hotel room 1808 that they had sex in Beijing and a picture of Bingbing Fan with part of her naked body, which Guo stated and showed in his interviews and live-streamed videos on or about June 30, 2017. However, just days later, it turns out that that hotel has no level 18 at all, and the picture showed was from a movie in which Bingbing Fan was acting. –See, https://www.youtube.com/watch?v=a1JA5yY6FPg

2) Guo alleged that Jianzhu Meng had put the dates into the virginia of virgins overnight and then give the date to his mother to eat as the traditional medicine for healthy. However, a few days later, people on the internet pointed out that it is the scenario in a famous Chinese novel *BaiLuYuan*.

    —See, https://www.youtube.com/watch?v=SnioUBRV07A   (0:15-0:50)

3) In his live-streamed videos, Guo published four photos of girls and claimed they are all overseas mistresses of Lijun Sun. But days later, people found those were all downloaded from online and one of them is Jessica, a Taiwanese fitness celebrity.   —See, http://zh.wenxuecity.com/news/2017/10/15/6661951_print.html

83.     It is worth noting that Teng is not the supporter of those senior China officials. Instead, those are the persons who are generally responsible for suppressing the Chinese political dissidents and maintaining the current totalitarianism regime that Teng and other pro-democracy activists are opposed to.

84.     Many people, particularly females, suffered from Guo's rumors, slanders and defaming campaigns. Subsequently, Guo was sued by some of victims. For example,

1) Guo alleged Caixin Media and the chair of Caixin Media, Shuli Hu (female) in defaming Guo about his previous business in the investigative articles, and Shuli Hu's corruption activities with China officials, as well as having an illegitimate son with You Li, who is his business rival in 2014. Caixin Media and Shuli Hu then filed defamation case in China, Hongkong and US against Guo.

2) Guo alleged Yan Huang, a female official, had sex with senior officials for exchange of her position and benefits. Huang filed defamation case against Guo in New York.

3) Guo alleged Shiyi Pan, a famous developer, in corruption activities and Pan's wife, Xin Zhang had sex life out of their marriage. Guo was sued in New York for those defamation.

4) Guo's allegation about Bingbing Fan's sexual relationship with Qishan Wang also attracted

defamation law suits from Fan in New York.

5) Guo alleged that Bruno Wu (Zhen Wu) let his wife Lan Yang, a famous TV presenter, have sex with others in exchange for business benefit, and that Yang had serious sex induced diseases due to her mess sex life, etc. Again Guo became the defendant in New York of a defamation case.

85.     Notably, when Guo was making such allegations without any material facts, he repeatedly said: "*I welcome them to come to New York and sue me, I like to fight the gang war, I only worry about what if they do not come to sue me, my legal teams are here waiting*". Obviously, that is a game that is affordable only by billionaire such as Guo, and Guo is enjoying in this kind of litigation war, in which Teng is one of the victims, but has no choice but fight back and seek justice.

86.     Guo's defamation activities are still going on in his live-streamed videos, and spread by his followers online, mainly via social media platforms, along with his so many intentional or reckless lies since early 2017 to date.

87.     At least one top classified China official document Guo presented at a news conference in Washington DC arranged by Guo has been proved fabricated and is now investigated by China authority. On October 5, 2017, Guo made public in Washington a so-called "*confidential document of the Chinese government*", featuring China's "working plan of secretly dispatching 27 police officers" to the United States on field duty in 2017. Guo publicly claimed that these forged documents were "authorized by governmental and judicial authentication of seven countries".

--See,https://www.boxun.com/news/gb/intl/2017/10/201710090240.shtml

88.     On April 23, 2018, The Chongqing Municipal Public Security Bureau holds a press conference on the **forgery of national-level documents** by Guo. It was reported Guo had incited and instigated twin brothers Chen Zhiyu and Chen Zhiheng to forge over 30 national-level official documents.

--See, South China Morning Post: "China accuses fugitive tycoon Guo Wengui commissioning forged documents to bolster asylum request"

https://www.scmp.com/news/china/policies-politics/article/2142994/china-accuses-fugitive-tycoon-Guo-wengui-commissioning

BBC: https://www.bbc.com/zhongwen/simp/chinese-news-43871029

89.     In the May 5, 2018 live-streamed interview with Lu De on YouTube, "*I hope your specialist would do his best to get the documents, including secret documents about North Korea, which is helpful for U.S. to know about North Korea issue. And any privacy information for Fu Zhenghua, Sun Lijun, Su Xiaoqin, Yao Yaping. These documents are very important.*" and "*What I need you to do is getting private information about all members of the Standing Committee of CCP, including any sexual videos and family corruption information.*" "*Another guy who provided court documents to me was arrested in Hong Kong. I provided large amount of money to all these people. I gave $20 millions to Ge Changgen who used to work for "China TV". You can see that I have provided a lot of money to them. *"

--See, https://youtu.be/qnaeyA2KXdw?t=141 (2:21-28:03)

https://youtu.be/xYnNu0TL-xs(9:30--10:10)

90.     Guo cheated/paid Song Jun, an employee for Civil Aviation Administration of China Air Traffic Control Bureau, to **steal flight records and passport information** of the people Guo was targeting at. According to reports and court paper, "*Guo illegally obtained 561 pieces of information concerning 146 passengers of Hainan Airlines from December 2015 to March 2017.*" Song Jun and Ma Cong were later arrested.

--See, "Two held in China for giving flight passenger data to fugitive tycoon" https://www.scmp.com/news/china/policies-politics/article/2102075/two-held-china-giving-flight-passenger-data-fugitive
https://youtu.be/u6iyd4rKH7o    (0:04 -2:19) Published on Jul 11, 2017 by Boxun news
https://youtu.be/-cas67ZkgBM    (0:04 – 2:19) Published on Jul 11, 2017
https://youtu.be/Ntah87NGF7w (0:04 – 3:12) Published on Jul 11, 2017
http://video.chinanews.com/flv/2017/0710/wangyi06.mp4(0:31 - 2:10)
http://www.chinanews.com/m/gn/2017/07-10/8273166.shtml Published on July 10, 2017

91.     In July 2017, during the trial against Song Jun, a phone conversation audio recording between Guo and Song Jun was used as evidences, showing that it was Guo who lured/cheated/paid Song Jun to steal sensitive documents for Guo, wherein Guo told Song Jun that "*This card is one of the most awesome cards in the world. Only when you have over billing dollars, you can get a black credit card. You can even to buy a jet with it....Ah, you know it is not safe having cash with you. Okay, buddy! ... I'm going to apply UK passports for you and your wife. What do you think of this? ...I have a good share for you to buy, it is just between you and me. You can invest about ten million and you will double it soon. In case you lost, I will compensate it for you. Believe me. Find a financial agent, and create an account. Then you buy the stock as soon as I tell you. After six months or within a year or maybe eight months you will double your money. ....*"

--See, http://www.xinhuanet.com/world/2017-07/10/c_1121290100.htm

92.     In another phone conversation, Guo told Song Jun that "*Please send me the flight records of the Boeing 787, the more detailed the better!*" "*I need the passport photos of those people, the clearer the better.*" "*Record the video of 787 plane and the planes of Hainan Airlines with tail numbers.*" --See, https://youtu.be/u6iyd4rKH7o（0:04–2:19）Guo particularly asked Song Jun and Ma Cong to monitor on some VIPs, including Bill and Hillary Clinton, State Secretary John Kerry, The Prince of Saudi Arabia, etc.

--See, https://youtu.be/Ntah87NGF7w （0:04–3:12）
http://video.chinanews.com/flv/2017/0710/wangyi06.mp4 (0:31–2:10)

### Guo is an agent working for Chinese State Security, not a "Chinese political dissident"

93.     Although in Guo's complaint, Guo made the assertion that he is the Chinese political dissident and prepared for 28 years for the moment since 1989, the facts surrounding Guo just tell the absolute difference.

94.     The term of "Chinese political dissident" is not a fine legal definition. But more like a social recognition of people who take actions in upholding the values of human rights, constitutional governance, fair justice, equal opportunities, freedom of speech, democracy and social fairness in China, and most importantly, in its very nature, in good faith.

95.     On Jun 30, 2017, in a Mingjing TV live-stream interview, Guo admitted that Ji Shengde was his "earliest boss". Before 1999, Ji was major-general in charge of military intelligence in the People's Liberation Army of China.

--See, https://youtu.be/InQol9c1lp4 (2:56:06-2: 58:45)

96.     When Guo was in China, he associated with senior China officials in getting big fortune, he worked for **MSS and military intelligence**, utilized the arbitrary power to enrich himself and infringe the human rights.

97.     After Guo fled to US, he at least negotiated with three senior China officials to stop his so-called secrets revelation in exchange for special treatment to his criminal cases and frozen assets.

98.     On April 29, 2017,Guo was in a phone call with people in China discussing his handling of overseas pro-democracy activists. Guo said, "*These overseas pro-democracy movement are so low...they are all living in flushing, in their poor houses, defaming China, defaming our leaders everyday... they are so low, so low...I even regret that I went and met that Shi Wei, they were so scared and shaking when we met..., why I went to meet those low end people.... You just wait for me, when I finished them, we will have dinner together and drink wines.*"

--See, https://www.youtube.com/watch?v=whKwuLpKbUQ

99.     Since June 6, 2017, on many occasions, he publicly admired President Xi Jinping, calling him "*the greatest leader within thousands year of China history*". Guo repeatedly stressed on "Guo's seven principles ", one of which is "never against Chairman Xi". The clear fact is that Xi Jinping is a brutal dictator in China now.

100.    On August 31, 2017, in the live interview with reporter Xiaoping Chen of Mingjing News at his residential address in NY, Guo showed to the reporter and the audience **a petition letter** he wrote and signed on August 26 addressing to president Xi, admitting his regret and wrongdoing to China government and CCP in his go-public campaign and seeks leniency from china government and expressed **his willingness and capability to mobilize his influence to serve for the party-state regime to redeem his committed crimes.**

--See, https://www.youtube.com/watch?v=JHI_pgvEdgE (1:02:00)

https://boxun.com/news/gb/intl/2017/09/201709012230.shtml ,

Some social media user took the time and translated this letter into English.

--See, https://twishort.com/Lnjnc

101.    In this letter, Guo wrote, "*With humility and sincerity, I greatly valued the opportunity that was given me by Deputy Secretary Sun Lijun and Secretary Meng and other leaders. I will put our national interest first and I am willing to devote my life to protecting Chairman Xi in his role as the Core Leader. Even in such a difficult situation, please believe me that I am still willing to make new efforts for our nation if needed, and I promise not to cross the red line. At the same time, I earnestly hope you will judge of my integrity, morality, and truthfulness in the cases currently open to the investigative process.*"

"*A few small suggestions:*

*1) Give me opportunities to appeal for a strengthening of our national legislative framework so that I can publicize Chairman Xi's concept of the Rule by Law!*

*2) As soon as possible, permit me to devote my influence and resources to serving Chairman Xi's Chinese Dream!*

*3) Let the cases against me be disposed of in a way that serves as a model for settling economic disputes in the courts!*

4) *Give me space and opportunity to propagandize and promote Chairman Xi's great achievements against corruption in my own style, and on an international stage!*

5) *Let me soon return to China without fear, demonstrating Chairman Xi's new way of governing our country!*

6) *Let the investigators change their attitudes toward me: instead of aiming to arrest and destroy me, they can use me — I'll be completely at their disposal — to serve Chairman Xi and our nation!*

7) **Give me tasks to accomplish in furtherance of our national interest and Chairman Xi's global strategy, so that I can redeem myself by good service, demonstrating my patriotism and loyalty to Chairman Xi!"**

102.    More disturbingly, shortly after Guo's petition letter to president Xi went in public, Guo has put most of his effort in action waging a defamation war and SLAPP type lawsuits against dozens of people, among whom the vast majorities of them, including Teng, are the active members of overseas China pro-democracy movement.


## Particulars in the pleadings


### Guo's legal capacity in this proceeding

103.    Guo had on various occasions and venues made statements about his "mysterious" identity, including but not limited to the official interviews with reporters from international/local news broadcasters, newspapers, and via his own internet social media accounts, such as twitter "@KWOKMiles", Youtube "郭文贵", Facebook "guowengui" .

104.    Material facts show that the plaintiff had made the following public statements to the effort that:

1) In a live-streamed interview with reporter Xiaoxia Gong and Fang Dong of VOA in NY on April 19, 2017, Guo told the reporters and the audiences that *"I have 3 passports of Middle-East countries, I have several European country passports, I have about 11 passports. I have not used my Chinese passport for 28 years so far."*

2) On May 10 2017, and other occasions, Guo said "I have been a Unites States citizen", on his Youtube account;

3) On Guo's complaints against Xia Yeliang and Li Hongkuan on February 14, 2018, and January 26, 2018 respectively, Guo stated that he is a citizen of the United States.

105.    In a series of six live interviews with reporter Xiaoping Chen of Mingjing News in NY in between April, 2017 and September 2017, Guo once claimed that *"firstly, the name of Guo Wengui does not exist at all. Such name of Guo Wengui has never existed on earth..."*

106.    Also on information and belief, the plaintiff has used up to 10 different names in his life.

107.    Furthermore, by online public search, Teng hits several search results containing at least 2 different dates of birth(February 02 1967 and May 10 1968 respectively) on the ID document with the photos that are identical to the plaintiff's appearance and they all contradict to paragraph 45 of Guo's complaint in which he was born in 1970
--See attachment.

108.    The inconsistent material facts above mentioned in paragraphs 103-107 amount to the reasonable inquiry as to the legal issue with regard to Guo's true identity and legal capacity

in this proceeding.

### Guo targets Teng

109.   Guo initiated this proceeding against Teng, and more than a dozen of other people, with the threatening of more lawsuits against up to 91 people on the way, in a delicately designed campaign trying to silence his criticizers, retaliate his criticizers by emotional, financial distress and harm their reputation and other subsequent damaging consequences. It is a campaign that echoes his pledging loyalty to President Xi Jinping and ultimately XI's regime by using his influence gathered in his so-called "revolution of secrets exposure" since early 2017 and his big fortune gained from the assistance of his "protection umbrella" used to be in senior positions of the very same regime. Most of the defendants in his SLAPP type lawsuits, including Teng, are the established figures in the wildly recognized overseas China pro-democracy movement.

110.   The only material fact in Guo's lengthy complaint to support his triable allegation against Teng is an article written by Teng and published in October 2017 at an academic magazine "*China Strategic Analysis*", in which Teng made the fair comments and opinions towards Guo and the so-called whistle-blowing, wholly based on the publicly available material facts, including what Guo had done since early 2017.

111.   However, as early as August 2017, Guo had started to call Teng **"Incest Biao"** ("Luanlun Biao" in Chinese; Luanlun means incest and Biao is Teng's First name) in his live-streamed videos, implying Teng with incest activities in his past, or at least the mess sexual relationships in his life by context.

112.   In Guo's complaint, Guo admitted that he knows little of Teng.

113.   By using "incest" to describe Teng, Guo knew or should have known that incest is a strongly negative word that this activity is intolerant to any society and moral standards.

114.   By calling Teng "incest", Guo knew or should have known that he has no any facts. In so doing, **Guo knew this statement is entirely false and defamatory**.

115.   This live-stream video in August 2017 was posted to Guo's twitter account and to all of the audience and viewers, as admitted in Guo's complaint, at the amount of near half million. And Guo repeatedly called Teng "incest Biao" in his live-streamed videos to at least September, 2018. All those videos are still available for viewing on social media platforms.

116.   On Feb 8, 2018, Guo said: "*...Li Weidong, Xia Yeliang, incest Biao, Hu Ping, these people are inspired by the little bit Dog food toss, a little bit of dog food. These people, like Hu Ping, can send their wives on the street to be fucked for money. These people, including Sino and Wei Shi, will do the same and will send their own mothers and their wives out.*"
--See, https://youtu.be/Y6o1fF1NXKY (3:36-5:28)

117.   On November26, 2017, Guo in a live-streamed video, said the following words: "*(you all) will know when I announce it a few days later, I will sue 17 cases altogether, it will be a big news when these 17 cases are initiated....I just planned to clean up those organization and individuals living overseas who come here every day and feel so high, but with fake democracy, fake pro-democracy and eating the steamed bread with the blood of June 4th on it.*" ..."*that Incest Biao, that Biao Teng, never pays respects to female, to females of other people, how will he pay any respects to your wife and children? Will other people pay respects to your wife and children? How do you even talk about human rights? Are you*

*qualified to do so? So please remember this again, what I oppose to is the persons who are fake democracy, fake pro-democracy movement, fake June 4th activists, and those evil persons disguised in June 4th activists/democracy/pro-democracy movement but cheat people on the internet on money."..."everyone of you, you are really the friends of the enemy, you helped a lot, you let all Chinese people see your face. ...This is a group of animal, even worse than animals"......* **"How could not the Ministry of State Security (MSS) know the details of any people? Whose personal archives I have not read?** *Every one of pro-democracy movement was sent out by such persons, like Jian Ma (former vice minister of MSS—currently under investigation), Yue Zhang* (former chief of Hebei provincial Political& Legal Committee –convicted)*, and that Qiang Lin* (former chief of a department in **MSS**, later Guo's key business partner—convicted)*, who was not? (they) are all my employees and my friends."*

--See, https://www.youtube.com/watch?v=plF8184BAkc (37:00)

118.   On August 21,2018, Guo said: *"Such as Li Hongkuan, Wei Shi, SINO, Xia Yeliang, incest Teng Biao, Li Weidong, these animals, ...These people are motivated by resentments, and thus are cheaters, fraudsters. We can't let them to abduct us to do their democracy. What type democracy they are going to do? They are specialized to have women on to Li Hongkuan's bed through democracy, especially girls from Hunan to be abducted on to their beds, and have them transplanted with HPV virus, and refused to feed their new babies.....Just three minutes right after he met with girls, Liu Gang raped others in his car and had new babies, and refused to feed his babies, and pretended to be mental illness, intimidated others."*

--See, https://youtu.be/OAq2aGC3MrQ?t=6457 (1:47:37-1:48:35), 232,074 views as of August 21,2018, Published by Wengui Guo on Dec 23, 2017.

119.   Guo said on March 11, 2018: *"Those garbage, such as Chen Jun, Hu Ping, Incest Biao, Wei Shi, SINO, Li Hongkuan, post marriage ads every day. How many people have they cheated? They cheat money of others. Who will need their sperms? No way."*

--See, https://youtu.be/2XN9L0KO_10    (0:00 –3:31, 5:21 –5:40)

Published on 3/11/2018at: https://youtu.be/mT9iZhOlc6U    (deleted by Guo)

120.   Guo called Teng "Incest Biao" in his live-streamed video, in the context falsely and with malice repeatedly defamed Teng, including but not limited to statements meant to convey

(1) the people, including Teng, would be sued shortly, and in fact, Guo in December 2017, in his live-streamed video announced his lawsuits against "eight big disguised member"(in the pro-democracy movement), including Teng;

(2) these persons, including Teng, are being sued because they are the typical group among the fake pro-democracy activists disguised in the pro-democracy movement and cheat people for money and/or sex ;

(3) their activities, including Teng's, being sued (i.e. defaming Guo in common), were in support of the enemy of Guo and because of this (they were not in line with Guo), they were damaging the whole pro-democracy movement;

(4) Teng's character is poor with "incest" title and ill-treatment to women, with the implication in context with others, against whom have many sex-related allegations by Guo on many occasions in his year-long public speeches;

(5) Guo's bad attitude to these persons, including Teng, was based on Guo's affirmative and verified facts from the original source of China authority that he has special link,    and

(6) that the public should trust Guo's statements about the members of overseas China

pro-democracy movement, including Teng, because he had the direct access to the secret files of all of them kept in **MSS**. In Guo's tones of making these speeches, it was very strong indication that the people he mentioned, including Teng, has the secret roles in those MSS files that are different to their current roles known to the public and that is why Guo called them "eight big disguised people".

121.    These statements have damaged Teng's reputations among a large number of people, and have caused them to associate Teng, among others, who collectively were "eight big disguised member" in his later public speech in or about December 2017, with poor character, disguised pro-democracy activist certified by Guo, and strong suspects of association with "thieves of stealing the state from Chinese people" with the purpose to disguise in overseas pro-democracy movement and work against Guo.

122.    In or about December 2017, Guo in his live-streamed video created a term "**Eight Big Disguised Member**", in which, Teng was one of them. Since then Guo frequently used this term in his live-streamed videos to refer this eight people collectively asthe typical sample of a group of people who disguised to be the pro-democracy activists in overseas China pro-democracy movement community. This term is largely interchangeable to the terms "disguised people in the Chinese pro-democracy movement". On many occasions, Guo usually used "those disguised people in the Chinese pro-democracy movement" as a general term, and then listed some or all of the names of "eight big disguised member" to clarify and emphasis on the definition.

123.    Nevertheless, in Guo's mouth, "the disguised people in the Chinese pro-democracy movement" and "the real people in the Chinese pro-democracy movement" are themselves easily exchangeable, too. The standard to distinguish them seems only existed in Guo's mouth. There is the basic pattern that if you are the Guo's supporters, you are always the fellow fighters and the real people in the Chinese pro-democracy movement; if you are not, or no longer his supporters, you are "the disguised".

124.    This is a pattern applied again and again in Guo's "secrets exposure" since early 2017. At the beginning, Guo vowed to reveal the shocking facts and evidences of China party-state regime, many people in Chinese pro-democracy movement welcomed it. But not long after, when people realized Guo's real face, some turned away from him, and became soon in the group of "disguised people in pro-democracy movement" in Guo's mouth. Some people who had extremely supported Guo and fought Guo's criticizers for quite long time, such as Baiqiao Tang, Hongbing Yuan, Baosheng Guo, etc, were all ironically stepped into the "disguised people in pro-democracy movement" by Guo eventually, after they left him.

125.    It is worth noting that Teng is a long established activist in the overseas Chinese pro-democracy movement and as a member of this group who share the similar value and integrity, work collectively in their own field and expertise in fighting for democracy and freedom in China in good faith.

126.    In this sense, between individuals and the overseas Chinese pro-democracy community, they have such a mutual beneficiary relationship in working on an ultimate and universal goal in promoting China's better future, that any support for what they are doing, spiritually and in material, is based on the reputation they gained in this social recognition. This nature also makes them, as a matter of fact, vulnerable badly to the reputation loss caused to either of them because they are sharing the same blood vessel, especially by the defamatory statements that might shake the public confidence of their social identities and moral

standard in advocating the social support of their work, either collectively or individually. In this case, Guo's numerous speeches in public that targeted Teng, as a member of "eight big disguised member", who are the typical sample of disguised people in overseas China pro-democracy movement, just caused a significant effect that any reputation loss of the whole overseas China pro-democracy movement, of other members of oversea China pro-democracy movement, would to large extent reflect onto Teng individually with the same impact.

127.    That is a matter of fact that after Guo's shifting firepower to overseas China pro-democracy movement and many of its members, including Teng and other people in Guo's 'eight big disguised member', his long-time defamatory statements have been wildly spread in public and did cause the undifferentiated loss of confidence of some of people in general public towards Teng. For example, some of Teng's social media followers chose to believe Guo's year-long defamatory statements at some points and expressed the disappointment towards the overseas China pro-democracy movement and other members of this community, and subsequently distanced themselves from Teng and Teng's work, simply because Teng is an active member of this community, to which they had lost confidence.

128.    Furthermore, this mutual beneficiary relationship is different from the one in professional or academic field that Teng is also working on, in which individuals' achievement and the goal of their organizations are separable and can be realized in the alternative way if the reputation of other is damaged.

129.    In Teng's case, the defamatory damages caused by Guo, either to Teng himself, or to the Chinese pro-democracy movement, does have mutual impacts and consequences. In this sense, Guo and his supporters/followers' numerous malicious, frivolous and repeated defamatory attacks to the Chinese pro-democracy movement as a collective identity, in which Teng is easily identifiable by the public by Guo's repeated reference of Teng, a member of "eight big disguised people" as the typical sample of disguised people in pro-democracy movement community, are also causing substantial damaging consequences to Teng, and sometimes, vice versa.

130.    On December 23, 2017, in a live streamed video Guo announced that his lawsuits against "eight big disguised member" were on the way. In this video Guo said "…*They are all people from Peking University. The animals from Peking University. Biao Teng, Incest Biao, Biao Teng is also from Peking University, isn't he? Biao Teng, is suspected of defamation, threatening to cause body harm, etc, is being sued. Incest Biao, the so-called human rights lawyer, is absolutely false and liar, how do you get so much money? The impression and activities of Biao Teng, his hypocrisy, his link with others, the source of his fund, and the things he told his wife, we will soon meet each other at the court. Biao Teng, you can write another article with more than ten thousands of words if you have guts to do so. The hazardous nature of this Biao Teng is huge, and he has the illegal interactions with lots of people. This is what I said in this video, you come and sue me if you have the gut to do so, alright? …*"

--Transcript in Chinese:

https://www.bannedbook.org/bnews/guowengui/20171224/875436.html

131.    Through Guo's speech in this video, postings to social media accounts and websites, was posted to Guo's twitter account and to all of the audience and viewers, as admitted in Guo's complaint, at the amount of near half million. This video is still available for viewing on social media platforms.

132.    Guo repeatedly called Teng "Incest Biao" in his live-streamed video, falsely and with malice repeatedly defamed Teng, including but not limited to statements meant to convey

(1) that Teng defamed people and intent to turn violence;
(2) that Teng forged human rights lawyer identity;
(3) Teng is rich through illegal way;
(4) Teng's character is poor;
(5) Teng is associated with people in illegal activities and people should stay away from him, and
(6) Guo knows the secret of Teng, even the big secret that usually shared only between two persons in the world.

133.    These statements have damaged Teng's reputations among a large number of people, and have caused them to associate Teng with poor character, double-face in life and social connection, and criminal behavior.

134.    On November 21, 2017, Guo publicly offered a US$100,000 award calling for "clues" or information of "sexual assault" by eight people who have critical opinions of Guo. Teng is among the eight people. In the video, Guo said: "*Sino (Xianmin Xiong), Hongkuan Li, Baiqiao Tang, and Yeliang Xia, these people, and that Incest Biao, and that Incest Biao, it is better that all of you unite together.... All these people in the past harassed females, indecently assaulted females and dallied with females. Anyone who are willing to give me (information), are willing to co-operate with me to sue them, one the day you sign the lawyers letter (engagement letter), I will immediately give you one hundred thousand US dollars, with cash, and right way. I will take care of all the legal costs. Any other expenses such as accommodation, transportation associated with this matter, I will all cover it.....and you Incest Biao, you said you have the harmony relationship with your wife before, I would like to see who is true and who is false. You are a person even cheat on your wife, how do you work out the democracy, rule of law and freedom. I will let all of my twitter friends see clearly what kind of things you are after all. Look at yourselves, you are nothing. You just go together and come to me (for a legal fight)!*"

"*All people should remember, you can send me or posted on Twitter anytime you have tips (against them). You can also send it to Mr. Guo Baosheng, Mr. Pan Qing. Both of them can represent me completely. Or you can contact with me directly. If you feel inconvenient to discuss it with men, you can contact with Wuting[黄子茵] and let her represent me to take care of the case. Sorry, I haven't got her approval yet. And then my attorneys will meet you. Up until now, I have found 4 people, three of them already accepted, while one of them is still hesitating, and two of them have received $100,000. We have done this for couple of months now.*"

--See, https://youtu.be/9fzY7z0bgaw   (20:00 – 23:20) posted by Guo on Nov 21, 2017,

Transcript: https://myanniu.com/?p=2336

135. With Guo's frequent statements in his other live-streamed videos, such as "those disguised people of Chinese pro-democracy movement, cheat to get money and sex" in context, in this video Guo strongly implied that all eight persons he mentioned here, including Teng, are all sex offenders and now he would take step to put reward for evidences to take legal actions.

136. Disturbingly, about 1 or 2 Weeks after Guo's this video, two of Guo's key followers, Baosheng Guo and Yan Zhao, made a live-streamed interview on Baosheng Guo's twitter account @milpitas95035 with a female who claimed herself the victim of sexual offence by Yeliang Xia in a restaurant in LA a couple of years ago.

137. In this interview, this female hid her identity by blurred image in front of the camera, but stated in details of the incident. There is no further update about who and where the female is after the interview made public by Baosheng Guo. Yeliang Xia denied this allegation at all, and people found numerous doubts in this video. Yeliang Xia has brought legal action against Guo and Baosheng Guo for the defamatory interview.

138. Ironically, that key follower, Baosheng Guo, turned against Guo later on in or about early 2018. Guo recently brought defamation litigation against Baosheng Guo, in which it also revealed that Guo alleged that he had provided financial support at about $42,000 to Baosheng Guo to buy his support in 2017 and early 2018, and requested the refund of this money in this litigation. Baosheng Guo, the former accomplice of Guo who actively fought "eight big disguised people" on behalf of Guo, admitted in his twitter and Youtube accounts that he only received around US$24000 from Guo. Baosheng Guo is now counterclaiming Guo for defamation. --See,https://youtu.be/LLyZtVciDHE?t=198(3:19–14:16) (Published on May 11 2018)

*139.* On information and belief, Guo has defamed, cursed Teng directly at least one hundred times in his live-streamed videos for the past year, such as *"Let's give that Incest Biao a show time; it'll be interesting to see what they have up their sleeve! Maybe those counterfeits should come out and have a talk?"; "Incest Biao, are you a human? Beasts won't do this!...You are destined not to die a natural death! Absolutely!" and "You Incest Biao, in disguise of a lawyer, human rights, you totally insult the words of lawyer, the fate you now have, in any countries, they should all arrest you, you should be in the jail for life. You are not the human being, even the animal would not do this. You are a lawyer, (you are not) like Hemorrhoids Xia(Yeliang Xia, former professor in Peking University, one of Guo's "eight big disguised people") , who is even worse than a dog..."*

140. Guo said all these things **with clear intent and actual malice** to convey the information in the public. Guo knew and should have known that he has no facts to support his remarks. Guo knew this statement and/or implication is entirely false and defamatory. All these statements in this kind are intentionally and/or recklessly made by Guo, **without any**

authorizations and privilege, but with the actual malice to inflict emotional distress, humiliation and suffering flowing from the reputational damage of Teng.

**Guo and Guo's organized campaign targeting Teng and pro-democracy movement collectively**

141.     While Guo might be single-handed in playing his "secret exposure" drama, his defamation campaign towards the overseas Chinese pro-democracy movement and its members are undoubtfully master-minded, instructed and solicited by Guo and his "little ant" supporters/followers who receive his instructions, financial supports and assistance, especially after Guo's petition letter to Chairman Xi on August 26, 2017.

142.     For example, in or around December 2017, Guo in his live-streamed video publicly requested his twitter friends to "*spare your time, write emails, and it is better to be twice, to National Endowment for Democracy which is under the congress funding, to stop provide financial assistance*" to some of established figures of overseas Chinese pro-democracy movement, among which at least one person, Weidong Li, the founder/chief editor of "China Strategic Analysis" magazine, who published Teng's article that in his magazine. This article is the only substantial facts Guo pleaded in his complaints against Teng.

143.     After Guo's request, on January 14 2018, the core supporter of Guo at that time, Baosheng Guo, posted the correspondence details of National Endowment for Democracy in his twitter account, and added suggestions in writing that the letters (emails) shall be correctly addressed to the person(s) who are in charge of China projects.
--See, https://twitter.com/milpitas95035/status/952939609238814721

144.     It is this same Baosheng Guo, in later time, with another core supporter of Guo, directed a live interview with a female who alleged Yeliang Xia of sexual offences, after Guo's public rewards for "eight big disguised people". It is already revealed by Guo that GuoBao sheng had arranged this female to Guo for the award and conducted this interview, and Guo provided financial support to Baosheng Guo in 2017.

145.     On June 30, 2018, Guo said to the effect: "*It is Baosheng Guo who introduced the woman who accused Xia Yeliang of sexual assault. ... Baosheng Guo asked me for $100,000. I don't know if she received the money. Later the video was out. The woman got $10,000, and Guo Baosheng got $1,000.*"
--See,https://www.youtube.com/watch?v=pdOONRsuM98(27:14-29:10).

146.     It is also worth noting that both Baosheng Guo and Guo denied any finance link between them in early 2017. But when Baosheng Guo turned against Guo, both Guo and Baosheng Guo admitted the money transactions they previous denied.

147.     This is not the only case showing that **Guo has a history of paying people for publicly supporting him and/or defaming his criticizers.**

148.     In another example, Guo repeatedly facilitated his supporter, Qinming Jin(aka Mangliuzi, twitter@laohuhanshan), on his social media account verbal assaulting many people who are the criticizers of Guo, and in at least one extreme case, even considered the crime committed in real world. Guo intentionally solicited Qinming Jin by providing the true ID document to Qinming Jin, with the clear knowledge that this person is committing the potential crime of political persecution in violating of US laws.
--See, https://www.youtube.com/watch?v=ilD-CTd5EbA

149.   Qinming Jin once even personally went to the home address of Baiqiao Tang (one of 'eight big disguised member', formerly an accomplice of Guo) and was arrested by police onsite and charged with the suspect of terrorism activity. This supporter was sued by some people and issued injunctive order for 5 years.

150.   Guo in a live-streamed video in July 2018, however in public speech admired Qinming Jin for his behavior, and provided finance inducement to this person to further conduct online verbal abuses towards Hongkan Li, another person in the "eight big disguised people". Subsequently, this Qinming Jin on the following days, on his live streamed videos in his twitter account, used insulting words to curse Hongkuan Li, and even conducted a funeral for Hongkuan Li at his home, which is considered very rude and offensive in public view, especially in Chinese traditions.

--See, https://www.youtube.com/watch?v=TSLT6r4lM8k
https://www.youtube.com/watch?v=O1ujqI5FxDY

151.   Many more material facts show that Guo Paid a lot of money to his accomplices, including but not limited to, $1 Million to Zhao Ming and Australia team, $4,500 Monthly to Zhuang Liehong, $170,000 to Xiang Lin and Japanese team for Car Parade, $20,000 and other benefits to Guo Baosheng, and also Lai Jianping and Tang Baiqiao.

--See, https://youtu.be/2zVFzrfDknw(3:51--5:40)(Published on April 26 2018 by Guo TV)
https://youtu.be/wiANR8JChNk (1:04:55 – 1:08:35) (Published on Jul 15, 2017)
https://youtu.be/lUOdsDtWi08(0:00--0:43) (Published on Feb 23, 2018)
https://twitter.com/ZhaoMingObserve/status/992916713996935169
https://www.pscp.tv/w/1PlKQXmglAvxE    (37:03-37:36)
https://youtu.be/wJHRnlJCQ7Q?t=79 (1:18-3:22) Published by Lu De on May 12 2018)
https://youtu.be/rokBjYujdb0    (0:00 - 0:15) Published on Feb 21, 2018 on Guo.media
https://twitter.com/xianglin8964/status/969115013435686912
https://www.Guo.media/posts/70344 Posted by GUO on GUO.MEDIA:
https://youtu.be/IXfEW-JX0qg(22:53-23:09) Published by Baosheng Guo on Feb 13, 2018


152.   In May 6, 2018 live-streamed video, Zhaoming, one of Guo's key accomplices, stated that "*Mr. Guo has repeatedly expressed that he would spent all of his $20 billion for his exposure revolution. He is serious. Guo told me that he would give me $10 million even $100 million if $1 million is not enough for me. This is Guo's goodwill. Today, I tell you all that I already received it right after Guo posted on Twitter, which said that he sent $1 million to Zhao Ming and to the Guo's Endorsement of Australia. Right after I woke up, I found my bank account already got the money.*"

--See, https://www.pscp.tv/w/1PlKQXmglAvxE(37:03–37:36)

153.   In a recorded conversations in or about May, 2017, Guo told Zhaoming that "*Remember, never give them too much money, never feed them too full. Anyone who is too full cannot be trusted. In other words, a hungry fighter is more loyal, right? If he wants too much, such as houses and cars, we will not give them.We are not that foolish.*"

--See, https://www.youtube.com/watch?v=iOt6tue7f8U（0:26 – 3:10）

154.   In the May 12, 2018 live-streamed interview with Lu De, QiuYueshou, another key supporter of Guo, stated that "*Per requests from Guo's team in Australia, I was involved in the financial related issues to monitor and management issues. Frankly speaking, I am not specialized in that area. I know nothing about the $150K transactions. But I know that Guo*

*did sent $1 million to us. However, due to my mistakes, we haven't received it yet. I can also confirm that the Guo's Endorsement in Australia did receive $100K from Guo. "*
--See, https://youtu.be/wJHRnlJCQ7Q?t=79 (1:18–3:22)

155.    On February 21, 2018, Guo posted a notice through his account on GUO.MEDIA, stating that he paid $170,000 to Xiang Lin, the head of Guo's Endorsement in Japan, for buying a Mercedes car, which was dedicated to do Chariot Parade in Japan to promote Guo's campaign. --See, https://youtu.be/rokBjYujdb0   (0:00–0:15)

156.    On May 6, 2017, in his live-streamed video on YouTube, Guo stated that *"I will pay $100 million as award to buy case documents about Xiao Jianhua and any information about his case."* --See, https://youtu.be/RaA6DVaXFwg   (24:15--26:08)

157.    On May 1, 2018, Guo claimed on his Youtube account that there are **altogether 171 Transactions** he paid to his accomplices.

--See, https://youtu.be/_fG6BjfnT6E?t=2238 (37:18--37:44) Published byWengui Guo

158.    All these people who accepted Guo's money, such as Guo Baosheng, Zhao Ming, Zhuang Liehong, Tang Baiqiao, Lai jianping, Xiang Lin, etc., were active in spreading Guo's words and defaming Guo's criticizers, including Teng.

159.    Guo not only used his money to buy people to do illegal activities for him, but also recruited accomplices through a **Ponzi-like fraudulent scheme**. On March 17, 2017, Yang Jian'ao, another key supporter of Guo, sent an email to Guo, asking for roughly about $1 million from Guo. As an exchange, Yang promised to do whatever Guo would ask him to do. Since then, Guo has paid some bills for Yang, and thus has made Yang Jian'ao a servile follower of Guo. On October 26, 2017, Guo published a video recording of himself to his YouTube account, wherein Guo described his plan of confiscating $200 trillion of Corrupted Chinese officials' properties. He also gave a sharing plan for those $200 trillion assets: 50% of it would be shared by all members of the Guo Fan Club, and the other 50% would be used and managed by Guo's Endorsement Association.

--See, https://youtu.be/uT-WsV7eThU   (1:00:50–1:02:00)

160.    Guo even called for **using guns** to support Him. In or about July 2017 Guo said, *"Many of my supporters have guns, grenade, and weapons. …No one can control it….All of your family members, assets, lovers, children, are all in abroad. You don't allow us to go back, or kidnap our family members, your children are here. How can you stop us to do the same thing to you? How can you know that we dare to do that? You must know that we can make your family members painful. That will happen soon or later. (46:09) No one can stop us to do it. No one can stop it. You must pay high attention to it. This is a new concept."* Following that, Guo' supporters Zhuang Liehong, Jin Qinmin and Zeng Hong Started Training Camps for "Gun Party" in New York.

--See,

https://youtu.be/_O7uukCbAMg?t=2694   (44:56--45:54) (46:09 --46:19) (GUO's original video was posted much earlier and was deleted)

https://youtu.be/RKzi7rosP1c   (0:24-1:10) (Published by 零点时刻 on Aug 7, 2017)

https://www.youtube.com/watch?v=iOt6tue7f8U   (0:26 - 3:10) (July 20, 2017)

https://twitter.com/Guomiles/status/894323002514571264

https://twitter.com/kiddjoneke/status/888207942457196544 July 20 2017

https://twitter.com/ziwen530/status/957391992643731457   On or about Nov 24, 2017

161.    On March12, 2018, Guo stated on his Guo.media that *"Recently I have received many documents and some of them have been paid. Thank you all very much for sending them. However, some people sent me USB but can't be opened, and some doesn't have solid evidences."* --See, https://youtu.be/fYJa4aJz63s

162.    A twitter user Furuidemu (aka Geng Shaokuan, twitter account @furuidemu101) disclosed that he was cheated by Guo to forge materials for Guo. Guo paid Furuidemu 40,000 yuan for 6 videos.

    --See details:
    https://www.youtube.com/watch?v=t8zuinUwJTs&feature=youtu.behttps://www.youtube.com/watch?v=E5MkTbRVS_gand,http://news.sina.com.cn/c/nd/2017-09-03/doc-ifykpuui0544712.shtml

163.    Since 2015, Guo launched cyber-attacks against some news websites, including the U.S. based Boxun.com and China based guba.com.cn. In and after 2015, Guo and his assistants repeatedly harassed/threatened journalists Wei Shi and SINO and requested Boxun to delete all the postings about Guo. Boxun got evidences that it was Guo who initiated cyber-attacks against Boxun. Boxun then reported to FBI.

    --See details in the lawsuit Sino v.Guoin New York(Index #100709/2018), and http://www.boxun.com/news/gb/china/2015/01/_____

164.    In a record published on or about July 30, 2017, Guo said, *"It would be better to find his home, deliver something to him everyday, better to do it at midnight. Knock on his door. Every day, or in the early morning at 6AM or 7AM. Damn it! I will do it every day. I would be happy to pay for it. It is just $3000 for one day and one person. Just go to his home, make him sleepless every day, every day. Remember, it will be never ended until Wei Shi is sent to jail, until Boxun is closed. Their family members would never be free from harassment until Wei Shi and SINO are sent to jail. They should pay back with absolute cost for what they have done to me."*

    --See, https://youtu.be/LlizaR3NeRk(0:00-0:36)

165.    On March 6, 2017, Guo asserted on Twitter that *"Wei Shi, Sino and their boss must be **executed**. They are evil threats to Chinese abroad, and must be **eradicated**. It's only the beginning."*

    --See,https://twitter.com/KwokMiles/status/838194385825247232

166.    On March 3, 2017, several agents sent by Guo followed/monitored Wei Shi to his home, and Wei Shi spoke to them and took pictures of their car, with plate number"CAH-5921". Guo also repeatedly sent his agents/supporters to Sino's and Liu Gang's home located in Flushing. On March 4, 2017, Guo confirmed that it was Guo who sent people to go to Sino's and Wei Shi's home. --See, https://youtu.be/bEB7C4OzFr0 (11:10-11:19)
    https://youtu.be/pDDRZ-NTwSE （0:58-1:22）
    https://twitter.com/KwokMiles/status/838029241623195648

167.    On December 27, 2017, Sun Yan, a supporter of Guo, caught and hold Sino and poured a

bottle of beer over Sino's head. SunYan shouted to Sino that "*I will beat you death if you criticize Guo again.*"Then SunYan slammed his beer bottle on the wall to make it a sharp weapon like a knife and used it to attack Sino. On February 18, 2018, Sun Yan threatened to beat Liu Gang and Sino, shouting at them that he would beat Liu and Sino to death if they criticize Guo at the meeting.

--See the complaints of Sino v. Guo in New York(Index #100709/2018

168.     Teng is a victim of Guo and Guo's supporters/followers' online behavior. Teng at least on two occasions received **online death threatening** from Guo's supporters, and need not to mention numerous replies to Teng's social media accounts with all sorts of offensive language from Guo's "little ant" army.

169.     In November 2017, a supporter of Guo, whose twitter ID is @CCP_forever (CCP stands for "Chinese Communist Party"), sent multiple death threats to Teng's twitter account, in the words "**Is there anybody can tell me where TengBiao lives? I wanna send him a bullet directly into his head!"; "TengBiao, take care of yourself, because you will be murdered!**". Teng never had any personal or online contact with this person/twitter user before.

170.     Teng reported Guo's supporter @CCP_forever to Twitter's official account immediately and this twitter account was cancelled by twitter permanently. But such unpleasant events or even fear, and the emotional distress caused by such kind of events are not so easily deleted in one's experience in the real world.

171.     On February 8, 2018, GUO's supporter @ywxk3 stated: "***The following evils need to be destroyed and killed:*** *SINO, Wei Shi, Chen Jun, Yuan Jianbin, Hu Ping, Li Weidong, Xia Yeliang, Liu Gang, Teng Biao, Tang Baiqiao, Li Hongkuan, Chen Chuangchuang, Cheng Binlin, Huang Hebian, Dong Fanglai, Meihouwang, Lao Zhongyi, Han Mei, Shan Lin, Xia Duo, ......All comrades are free to add more to the list.*"

--See,

https://twitter.com/vwxk3/status/9607729527645/1648https://twitter.com/ivvi:·rs::_ us/96083047346650726₆Reposted on: 2018-02-08

172.     On November 7, 2017, another accomplice of Guo, Changqing Cao, who is still one of few supporters of Guo from the beginning, made a two-hour long live-streamed video on his Youtube account, obviously echoing Guo's view against the article written by Teng in "China Strategic Analysis" magazine. In this video, Changqing Cao in defending Guo, made comments on Teng and mainly described Teng as the person who forged the title of human rights lawyer, unethical academic, fake overseas pro-democracy activist but the real agent who carries the special tasks to undermine Guo and his great fight against China regime.

--See, https://www.youtube.com/watch?v=2sQFoY1dmt8

transcript: http://chinatwtparty.blogspot.com/2017/11/blog-post_10.html

173.     These incidents are only a tiny fraction of activities Guo and Guo's supporters/followers conducted during the past 18 months. But they already clearly showed that Guo is the leader of the syndicate in Guo's defamation campaign, and even had the real threat and impact on Teng in the real world.

174.     In Guo's live streamed videos, Guo announced that he had tailor-made the "combat cap" with Guo's "revolution of secrets exposure" logo. In following live streamed videos, Guo

showed the caps in the video and urged his follower to wear the cap in fighting with the disguised people. These caps was then distributed to his followers and frequently worn in their respective videos or pictures in their social media accounts when they are continuing the smear campaign against Teng and other members of overseas China pro-democracy movement. In a recent live streamed video made by Guo, Guo also announced that he was spending $70 million in making the "combat uniform" for his followers and would be soon ready for distribution.

175.    All of the material facts abovementioned in paragraphs 163-174 point out the fact that there is a syndicate led by Guo in his malicious aiming Teng and whole overseas China pro-democracy movement community.

176.    Teng's experience is never the single case and many other people who are active in overseas China pro-democracy movement have been experiencing the similar situations as Teng, and even worse.

177.    As a matter of fact, this phenomenon cannot be explained in consistent with Guo's Chinese political dissident self-claim at all and in support of his subsequent asylum seeker application in US in September 2017. All materials facts point to and logically linked to Guo's public pledge of loyalty to China president Xi Jinping on August 26 2017, especially Guo and his syndicate's conduct afterwards.

## Guo's Strategic Lawsuit Against Public Participation

178.    Guo is a billionaire businessman and voluntary public figure.

179.    Teng is a scholar, Chinese human rights lawyer and researcher in China Studies. Teng is also a Chinese pro-democracy activist and regularly makes comments and opinion on China matters that received public interest.

180.    In October 2017, after witnessing Guo's activities since early 2017 and the analysis of material facts associated with Guo in his history, Teng wrote an article presenting the fair comments and opinions with respect to Guo.

181.    Teng's statements and comments about Guo were true and Teng specified the resources of information and quotes in that article. Teng absolutely had no actual malice and Guo has not proved the existence of actual malice.

182.    Because of this article, Guo and/or his supporters under his instruction, support and encouragement, waved an online defamatory campaign against Teng, in retaliation of Teng's right of speech. Guo and/or his supporters also on numerous occasions used the social media platforms verbally assaulted and/or harassed Teng, in extreme cases, **death threats.** All of these activities are designed to inflict Teng's emotional distress, anxiety, humiliation and reputation loss, etc.

183.    In November 2017, Guo in his live streamed video posted his defamation litigation plan against Teng and other "eight big disguised people", threatening legal actions in SLAPP type, with the actual malice to cause chilling effect and silence Teng's criticism.

184.    In December 2017, Guo provided rewards in public to make impression in public that Teng and others are the sexual offenders, with the actual malice to cause Teng's reputation loss, emotional distress anxiety, humiliation, etc.

185.    On Feb 8, 2018, Guo said on his Youtube account:"*Ah, everyone will see, ah, and legally, I will let you taste the serious consequences of American law. As far as you are concerned,*

*Yuan Jianbin, regarding your Li Hongkuan stinking nature. The only power in the United States is the law. The law plus money, can destroy anyone. The law plus money and plus justice, it is invincible plus invincible. Ah, hey, we will see!"*

--See, https://youtu.be/Y6o1fF1NXKY   (5:28-6:01)

186.   On February 14,2018, Guo brought a malicious and frivolous defamation lawsuit against Teng as a harassment tool in retaliation of Teng's right of free speech and tried silence Teng's criticism.

187.   Guo's claim in the complaint is lack of legal and/or factual bases.

188.   Before the threatening and the filing of defamation litigation against Teng, Guo had never tried to discuss with Teng about the legal action, nor had Guo caused any lawyers letter to be sent to Teng as a pre litigation attempt to solve the dispute.

189.   Guo has the actual malice to take his financial advantage to cause Teng special grievance, including but not limited to, raising burden of legal costs and emotional distress, simple exhaustion etc.

190.   Guo on multiple occasions in his live-streamed video, stated to the effect in public *"those pro-democracy activist, they are so poor that even could not feed themselves"; "let them come to sue me, do they have the money to hire lawyers? Do they have money to write the complaint?"*, etc.

191.   It is obvious that such defamation lawsuit is frivolous. Through Guo's attorney, Guo knowingly and intentionally filed this SLAPP type lawsuit against Teng.

192.   **Guo has a documented history of filing SLAPP type lawsuits in the United States against his critics.** Guo has brought a dozen of defamation lawsuits against people who criticized Guo. On information and belief, each defendant in the lawsuits denied the allegations and entered defense. Most defendants in respective lawsuits brought counterclaims of defamation against Guo. In addition, Guo publicly threatened to sue up to 91 people, most of whom are journalists, scholars, human rights activists and bloggers who have commented and criticized him. The lawsuits filed by Guo in the United States and Canada alone include, but are not limited to, the following:

a. On January 26, 2018, Guo sued Li Hongkuan for defamation in Maryland District Court, case number: 8:18-cv-00259-PWG. Li Hongkuan was sued for his comments on Twitter and Youtube.

b. On February 14, 2018, Guo sued Xiong Xianmin for defamation in New York County Court, Index number: 151430/2018. Xiong is a journalist working for Boxun.com, an internet media which is popular among Chinese human rights community. Xiong wrote articles and tweets on the true history of Guo's involvement in corruption, rape, sexual assaults and other crimes.

c. On February 15, 2018, Guo sued Prof. Xia Yeliang for defamation in Virginia District Court, Case Number:1:18-cv-00174-LO-TCB. Xia Yeliang was a former professor at Peking University and fired for his political opinions critical of the Chinese Communist Party. Xia commented and criticized Guo on twitter and other social media.

d. On March 15, 2018, Guo sued Roger Stone for defamation in United States District Court, South District of Florida, case number: 1:18-cv-20983-JEM. Roger Stone is a political commentator, political consultant, and strategist.

e. On March 20, 2018, Guo sued Chen Jun for defamation in New Jersey District Court, case number: 2:18-cv-03800-MCA-MAH. Chen Jun is a veteran Chinese dissident and the reason he was sued is he wrote some tweets to criticize Guo.

f. On July 4, 2018, Guo sued Gao Bingchen (aka Huang Hebian) for Defamation in the Supreme Court of British Columbia in Vancouver, Case number: S187450.GaoBingchen has been a journalist for 34 years. Guo sued Gao for his several political comments on twitter.

g. On March 20, 2018, Guo Sued Yuan Jianbin for defamation in US District Court Central District of California, Case number:2:18-cv-02276-SVW-JC. Yuan was a pro-democracy Chinese entrepreneur and detained and tortured in a Chinese prison and eventually exiled in the United States. Yuan was sued for his twitter comments on Guo between January and March 2018.

h. On August 9, 2018, Guo Sued Chen Shuiyan for defamation in US District Court Clark County Nevada, Case number:A-18-779172-C.

193.    In most of the cases brought by Guo in various jurisdictions across US, the first 110 paragraphs of his respective complaints are nearly identical, which serves for nothing but only purpose to portrait Guo as a Chinese political dissident. These 110 paragraphs were also the copy/paste from his asylum visa application documents with only minor alterations. Apparently, the plaintiff Guo is a true believer and live successor of Paul Joseph Goebbels in his famous quote *"If you tell a lie big enough and keep repeating it, people will eventually come to believe it."*

194.    In the process of Guo's defaming campaign and SLAPP type lawsuits against his criticizers including Teng, Guo takes advantage of his huge amount of wealth, which, upon confirmed information and belief, Guo gained from fraud, corruption, money laundering, spy, and other criminal activities. The motive, aim and effect of Guo's series lawsuits **are to stifle the First Amendment rights of the respective defendants.**

195.    It is worth noting here that all related facts in this counterclaim are not complete, because of Guo's complex history and immense defaming campaigns. Teng hereby seeks permission of this court to allow further amendments of the facts/evidences as to all or part of the following issues, if it is necessary to further and properly assist this court in delivering fair justice, if the court thinks fit and proper.

1) Guo's history/background, especially as a Chinese State Security agent;

2) Guo's crimes and illegal activities in China, U.S., and other countries;

3) Guo's defaming campaigns, and SLAPP type lawsuits, especially those targeting Teng and other pro-democracy activists;

4) Guo's supporters/followers' harassment/defamation against Teng and other pro-democracy activists;

5) Guo's statements which have been proven false.

## Cause of Actions

Teng incorporates by reference all preceding and succeeding paragraphs of this Amended Counterclaim as if set forth fully herein.

### First Cause of Action
### (Defamation *per se*)

196.   Through speech, postings to social media accounts and websites, and various other writings, Guo has falsely and with malice repeatedly defamed Teng, including but not limited to statements meant to convey

(1) that Teng has poor character, conducts incest, and pays no respect to females and children;

(2) Teng is not the human rights lawyer, but one of eight persons list at the top who disguised himself in overseas June 4th activists/democracy movement community but cheat people for money and sex;

(3)Teng works to damage the whole pro-democracy movement, democracy and freedom;

(4)Teng gains a lot of money from illegitimate source;

(5) Teng has illegal association with others, and works in line with the enemy of Guo.

(6) Teng has the intent to use violence; and

(7) Guo has the verified sources in making such statements, etc.

197.   These statements have **damaged Teng's reputation** among a large number ofpeople, and have caused them to associate Teng with sexual depravity, has unjustified fortune, illegal activities in association, intent to resort to violence, double side life and an agent disguised in overseas -pro-democracy movement, work to undermine the overseas pro-democracy movement, etc. Teng even received death threats from others.

198.   Guo's statements severely confused or misled many of Teng's followers, supporters, friends, making them skeptical of Teng's past human rights and pro-democracy work and personal morality, such as Yang Zhizhu, Guo Yuhua, Zhan Jiang, Sui Muqing, Nanduo, Sha Luoyan, and many others. Teng will provide a list of these people upon the court request.

199.   One example among many, a political cartoonist A Ping, Teng's former friend, drew at least two cartoons and publicized them on his twitter account @apinkcartoon, meaning Teng is a member of "50 Cent Party"(Internet commentators hired by Chinese authorities in an attempt to manipulate public opinion to the benefit of the Chinese Communist Party) , or a fake human rights lawyer.

--See, https://twitter.com/apinkcartoon/status/928627589782028289

https://twitter.com/apinkcartoon/status/928655520705032192

On July 29,2018, A Ping apologized to Teng and other people, for smearing them by cartoons, after he realized he had been cheated by Guo.

--See, https://twitter.com/apinkcartoon/status/1023443804936794112

200.   **Guo knew of the falsity of these statements at the time he made them or was reckless and indifferent as the falsity of these statements.**

201.   Guo made these statements with the intent of maliciously damaging Teng's reputation,

in particular, his reputation as a renowned China human rights lawyers and pro-democracy activist in his professional, academic position and the contribution in the society as the founders of some NGOs in public interest advocacy, harming his capability in professional, academic promotion and financial interests in his work, and to induce others to not do business and provide support to Teng's business.

202. Guo had neither the authorization nor the privilege to make such statements.

203. As such, Guo false statements are actionable without proof of special damages.

204. By engaging in the above conduct, Guo acted with malice, oppression and/or fraud, entitling Teng to punitive damages.

## Second Cause of Action
## (Defamation)

205. Teng incorporates by reference all preceding and succeeding paragraphs of this Amended Counter claim as if set forth fully herein.

206. Through speech, postings to social media accounts and websites, and various other writings, Guo has falsely and with malice repeatedly defamed Teng, including but not limited to statements meant to convey

(1) that Teng has poor character, conducts incest, and pays no respect to females and children;

(2)Teng is not the human rights lawyer, but one of eight persons list at the top who disguised himself in overseas June 4th activists/democracy/pro-democracy movement community but cheat people for money and sex;

(3) Teng works to damage the whole pro-democracy movement, democracy and freedom;

(4) Teng gains a lot of money from illegitimate source;

(5) Teng has illegal association with others, and works in line with the enemy of Guo;

(6) Teng has the intent to use violence; and

(7) Guo has the verified sources in making such statements, etc.

207. These statements have damaged Teng's reputation among a large number of people, and have caused them to associate Teng with sexual depravity, has unjustified fortune, illegal activities in association, intent to resort to violence, double side life and an agent disguised in overseas -pro-democracy movement, work to undermine the oversea pro-democracy movement, etc. Teng even received death threats from others.

208. Guo knew of the falsity of these statements at the time he made them or was reckless and indifferent as the falsity of these statements.

209. Guo made these statements with the intent of maliciously damaging Teng's reputation, in particular, his reputation as a renowned China human rights lawyers and pro-democracy activist in his professional, academic position and the contribution in the society as the founders of some NGOs in public interest advocacy, harming his capability in professional, academic promotion and financial interests in his work, and to induce others to not do business and provide support to Teng's business.

**210. Guo had neither the authorization nor the privilege to make such statements.**

211. As a result of Guo's above-described conducts, Teng has suffered loss to their reputation, shame, mortification, hurt feelings, anxiety and fear for his life, all to his general damages, in a monetary amount to be determined at trial.

212. By engaging in the above conduct, Guo acted with malice, oppression and/or fraud,

entitling Teng to punitive damages.

## Third Cause of Action
### (Intentionally inflicting emotional distress)

213.   Guo made and circulate the false statements and other insulting, offensive, curse words in his statements, with the intent to cause severe emotional distress to Teng, or at the least, they have made these statements while recklessly disregarding the substantial likelihood that they would cause Teng emotional distress.

214.   These statements have been read, viewed, and heard by countless individuals. Repeated publishing of these false statements regarding Teng **constitutes extreme and outrageous conduct.**

215.   In addition, Guo's conducts are extreme and outrageous due to his pattern of doing intentional infliction of emotional distress to many other people, and inciting/buying/soliciting other people to defame/ harass those he was targeting at.

216.   Teng had been persecuted by China state-party regime and its officials due to his human right lawyer and pro-democracy activist identity and was forced to leave China and call U.S home here to start a new life and career in US. Teng is vulnerable to Guo's extreme and outrageous conducts because it is just the double hurting from Guo emotionally, physically and financially.

217.   Having suffered Guo's insult, harassment and intimidation, Teng feared of Guo's further harassment and retaliation because of Guo's connection to Chinese State Security(China's secrete police) and Guo's criminal history.

218.   As of September 3, 2018, Guo continues his defamatory statements against Teng frequently. Because of Guo's past and continuing wrongful conduct, Teng has suffered severe emotional distress.

219.   As a result of Guo's above-described conducts, Teng have suffered loss to their reputation, shame, mortification, hurt feelings, inconvenience, mental anguish, loss of enjoyment of life, fear for his life, and other non-pecuniary losses, in a monetary amount to be determined at trial.

220.   Guo's conducts alleged herein are intentional, oppressive, fraudulent, and malicious, and are in conscious disregard of Teng' rights, such that punitive damages should be imposed at Guo.

## Fourth Cause of Action
### (Filing a frivolous Lawsuit in Violation of NJ Rev Stat § 2A:15-59.1 (2013))

221.   In November 2017, Guo in his live streamed video posted his defamation litigation plan against Teng and other "eight big disguised people", threatening legal actions in SLAPP type, with the actual malice to cause chilling effect and silence Teng's criticism.

222.   In December 2017, Guo provided rewards in public to make impression in public that Teng and others are the sexual offenders, with the actual malice to cause Teng's reputation loss, emotional distress anxiety, humiliation, etc.

223.   On February 14,2018, Guo brought a frivolous defamation lawsuit against Teng as a harassment tool in retaliation of Teng's right of free speech, tried to silence Teng's criticism

and put Teng in financial and emotional distress of the expensive legal costs.

224.    Guo's claim in the complaint is lack of legal and/or factual bases. The complaint was commenced, used or continued in bad faith.

225.    Before the threatening and the filing of defamation litigation against Teng, Guo had never tried to discuss with Teng about the legal action, nor had Guo caused any lawyers letter to be sent to Teng.

226.    Guo has the actual malice to take his financial advantage of Teng's to cause Teng special grievance.

227.    Guo on multiple occasions in his live-streamed video, stated in public *"those pro-democracy activists, they are so poor that even could not feed themselves"; "let them come to sue me, do they have the money to hire lawyers? Do they even have money to write the complaint?"*, etc.

228.    As stated in Teng's affirmative defense:

1) Guo is a voluntary public figure.

2)Teng's statements and comments about Guo were true and based on facts, verdict, official documents and authoritative media reports.

3)Teng has specified the resources of information and quotes in that article.

4)Teng absolutely has no actual malice and Guo has not proved and is not able to prove the existence of actual malice.

229.    It is obvious that such defamation lawsuit is frivolous. Through Guo's attorney, Guo knowingly and intentionally filed this SLAPP type lawsuit against Teng.

230.    Guo has a documented history of filing SLAPP type lawsuits in the United States against his criticizers. On information and belief, each defendant in the lawsuits denied the allegations and entered defense. Most defendants in respective lawsuits brought counterclaims of defamation against Guo. In addition, Guo publicly threatened to sue up to 91 people, most of whom are journalists, scholars, human rights activists and bloggers who have commented and criticized him.

231.    Upon information and belief, all of the above-mentioned lawsuits are malicious and frivolous. At least one of the abovementioned lawsuit brought by Guo against Jianbing Yuan had been dismissed at US District Court Central District of California, Case number:2:18-cv-02276-SVW-JC

232.    As a result of Guo's malicious and frivolous defamation lawsuit, Teng has suffered special grievance, including but not limited to, **raising burden of legal costs and emotional distress, simple exhaustion by defending the lawsuit, inconvenience, shifting concentration away from business,** etc, in a monetary amount to be determined at trial.

233.    By engaging in the above conducts, Guo acted with malice, oppression and/or fraud, entitling Teng to punitive damages.

### Fifth Cause of action
### (Malicious use of process)

234.    Alternatively, Guo's malicious and frivolous defamation lawsuit against Teng is the malicious use of process that results in Teng's suffering of special grievance, in a monetary amount to be determined at trial.

235.    By engaging in the above conducts, Guo acted with malice, oppression and/or fraud,

entitling Teng to punitive damages.

236.    As a billionaire and an agent working for Chinese State Security Ministry, Guo is abusing American legal system to stifle Teng's First Amendment right. The purpose of Guo's malicious use of process is in retaliation for Teng's exercise of right of free speech.

--See, LoBiondo v. Schwartz, 323 733 A.2d 516, 534 (N.J. Super. Ct. App. Div. 1999).

237.    Federal Rule of Civil Procedure 11 provides that a district court may sanction attorneys or parties who submit pleadings for an improper purpose or file claims that are **"frivolous, unreasonable, or without foundation."**

--See, EEOC v. Bruno's Restaurant, 13 F.3d 285, 287 (9th Cir. 1993)


## Sixth Cause of action

### (acts performed as part of an ongoing criminal organization in Violation of RICO Act 18 U.S.C.     ~i−1968)

238.    In Guo's smear campaign towards Teng and overseas China pro-democracy movement in whole, Guo has formed a syndicate that are master-minded, instructed and solicited by Guo and his "little ant" supporters/followers who receives his instructions, financial supports and assistance, especially after Guo's petition letter to Chairman Xi on August 26, 2017.

239.    In this syndicate, Guo instructed, provided financial support, financial inducement, material assistance to and manipulate his supporters/followers to conduct the defamation, harassment, political persecution, cyber-hacking, inflicting of emotional distress, etc, both on the internet and in the real world, against many people, in which many are the members of overseas China pro-democracy movement, including Teng.

240.    The supporters/followers of Guo in this syndicate conducted these activities led and/or assisted by Guo. Guo even provided the uniforms for these supporters/followers as a clear social identity of the members of this syndicate.

241.    As the result, besides numerous defamation by Guo's supporters to Teng, Teng also received at least two death threats from Guo's supporters in his syndicate. And other people even got physical attacks by Guo's supporters.

242.    Subsequently, Teng have suffered loss to his reputation, anxiety, hurt feelings, inconvenience, mental anguish, loss of enjoyment of life, fear for his life, and other non-pecuniary losses, in a monetary amount to be determined at trial.

243.    By engaging in the above conducts, Guo acted with malice, oppression and/or fraud, entitling Teng to punitive damages.


## Pray of relief

244.    WHEREFORE, Teng (Defendant/Counter-plaintiff) requests entry of Judgment in his favor and against Guo (Plaintiff/Counter-defendant) as follows:

1) Seek an interlocutory order for preliminary discovery of Guo true identity;

2) Seek an interlocutory order that Guo put up a performance bond no less than $ 3 million

pending the trial, pursuant to RICO Act;

3) Seek an injunction enjoining Guo and his agents, servants, employees, officers, and assigns, and all other persons in active concert or participation with them from further publication of any false, malicious, defamatory or materially misleading comments regard Teng;

4) Seek the issuance of a public apology and retraction of all the statements regarding Teng on major press and social media by Guo;

5) Seek compensatory damages in an amount to be determined at trial, but no less than $200,000;

6) Seek compensatory in an amount to be determined at trial that sufficient to punish and deter the conduct complained of herein, which should be no less than $2 million;

7) the costs and expenses incurred in this action including attorneys' fees; and

8) such other and further relief as the Court deems just and proper.

## CONCLUSION

245.   FOR THE FOREGOING REASONS,

Guo's complaint should be dismissed with prejudice and Teng granted the relief requested herein.

RESPECTFULLY SUBMITTED on September 5, 2018.

By

Biao  Teng
**Defendant**
*4 Jill Dr., West Windsor,*
*NJ 08550*
Tel: 617 396 6099
Email: tengbiao89@gmail.com

Sept 5, 2018

DIANE MONTAGNE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Aug. 13, 2022

39

7017 3380 0000 5654 3660



U.S. POSTAGE PAID
FCM LG ENV
PRINCETON JUNCTION, NJ
08550
SEP 05, 18
AMOUNT
**$8.67**
R2304N117751-25

1000        08608

From

Teng Biao

4 Jill Dr.

West Windsor,

NJ 08550

William T. Walsh,   clerk

402 East State Street

Trenton

NJ 08608

REQUESTED